## Index of Exhibits

Exhibit A – Right-to-Sue
Exhibit B – Charge of Discrimination
Exhibit C – Timeline Evidence and Workplace Personnel
Exhibit D – Termination Letter
Exhibit E – Employee Assistance Program
Exhibit F – Medical Leave into Termination Timeline and Documentation
Exhibit G – Disability Notifications