EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 437-2024-01490 |
| Virginia Office of Civil Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Kitron A. Wedding
Home Phone:   (336) 447-0584
Year of Birth:   1994
Street Address:   1690 W. 23rd Street, Unit 9011
Long Beach, CA 90810

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.
Name: Newport News Shipbuilding - Huntington Ingalls Industries
No. Employees, Members: 501+ Employees
Phone No.: (757) 380-2000
Street Address:   4101 Washington Ave.

Newport News, VA 23607

Name:
No. Employees, Members:
Phone No.:
Street Address:

DISCRIMINATION BASED ON:
Disability, Religion, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/28/2023
Latest: 02/23/2024

THE PARTICULARS ARE:
Respondent hired me on April 8, 2019 as a Mechanical Test Engineer. Respondent in October 2020 then promoted me to Shift Test Engineer. I am a person who belongs to protected classes because I am a person with disabilities and was perceived to have been a person with a disability and am Atheist and queer. Throughout the duration of my employment, I performed my job at a satisfactory or better level. On February 10, 2023 I informed my manager at Respondent Justin Mani that due to my disabilities I needed reasonable accommodation in the form of a different work space and modified work tasks. Respondent granted my request for disability related reasonable accommodation. After Respondent granted me the disability related reasonable accommodation I began encountering discrimination due to my disability and using the accommodation I was granted. I also endured harassment due to my religious views and my sexual orientation. On January 8, 2024 I informed Respondent Human Resources Manager Carrie Allen that I was encountering discrimination due to my disabilities and informed her that Respondent employees were harassing me, not acknowledging me, following me, watching me, excluding me from conversations and including me in conversations I did not want to be included in. Ms. Allen then had me escorted to Respondent employee Dr. Steven Apostoles who claimed that I sounded paranoid and was not psychiatrically fit to work or words to that effect. Respondent then placed me on unpaid leave and said that I was not able to return to employment until I was cleared to return by a Psychiatrist. Respondent then on February 23, 2024 discharged me from employment allegedly because I was not in compliance with the treatment plan I was receiving.

EEOC Form 5 (07/24)

Respondent did not provide a reason as to why I was encountering the harassment I endured. Respondent however alleges that it placed me on leave because I was not psychiatrically fit to continue working and then discharged me from employment because I was not in compliance with the treatment plan I was on.

I allege that Respondent discriminated against me due to my sexual orientation, religious views and disability or because it perceived me to have a disability and retaliated against me for reporting disability discrimination, in violation of the Americans with Disabilities Act of 1990, as amended and Title VII of the Civil Rights Act of 1964, as amended, by harassing me, placing me on unpaid leave and then discharging me from employment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____
Charging Party Signature & Date

_____
NOTARY – When necessary for State and Local Agency Requirements

_____
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Signature of Complainant
Subscribed and sworn to before me this date: _____

Case 4:25-cv-00143-RBS-LRL   Document 1-3   Filed 10/29/25   Page 2 of 19 PageID# 17

CP Enclosure with EEOC Form 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).
2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**Timeline**

**4/8/19** – Hired

**5/24/22** – Diagnosis date: GAD, MDD at Hampton Mental Health Associates

**9/13/22** – Performance Assessment

**1/26/23** – Psychiatric appointment with Dr. Nixon

**2/10/23** – Performance Agreement / Disability Disclosure
Had a performance agreement meeting where I discussed my disability with my manager, explaining that I would like to continue working in the company but I was not functioning in my current role based on the shifting sleep schedule affecting my anxiety. I told him that I did not think that I would be able to respond properly to rapidly changing plant conditions in the event of a casualty without having a panic attack and that I needed more consistency in my schedule to address my mental health concerns. This concern was addressed by moving me to the procedure writing role by 2/28/23. At some point before this I asked about a mentor-mentee relationship.

**2/28/23** – New role in procedure writing
Manager Ron Rogers information-dumped all of the rules and regulations at once, seemingly expecting me to commit it all to memory in a new environment.

**3/3/23** – First April VA Psych Marrietta

**4/10/23** – Harassment
Text to DE: "[Day was] stressful, people have decided they do not like the new guy."

**4/17/23** – Harassment
Text to AS: Mentioned to a friend that people had been acting strangely, watching me, and freaking me out referring to comments made at work. I mentioned people being overly loud.

**4/29/23** – Veteran Headstone Cleaning
I was followed around the graveyard and the American Legion chapter leader kept remarking on "properly retiring" flags after I had made a disability claim.

**5/2/23** – VA Psych Appointment

**5/5/23** – First Semi-Truck Collision

**5/7/23** – Car Broken Into
Work documents stolen from backpack. Suspected work involvement because they alluded to this occurring.

**5/17/23** – Vacation Request Ignored
Text to DE about boss not approving vacation.

**5:03 AM** – Text: "Nah I'm catching up on hours from Friday and Monday still. Saving PTO for Costa Rica assuming I don't have to quit to go. My boss still hasn't approved it but I'm actually kinda at that point." (5:21 AM)

**5/18/23** – Mentioned Being Threatened
Text to DE.

**5/24/23** – Conference Room Meeting
Recorded notes of "harassment, intimidation, hazing tactics, shunning," in connection with "RR [Ron Rogers], Chris DeHaan, and the ACTE Staff" [Assistant Chief Test Engineers, middle managers]. Indicated a connection between these individuals and the "car incident in front of Tidewater Staffing." Noted "Old boys club" and "Clancy fan fiction" [Tom Clancy spy franchise]. [1/2/24 these appear to be the talking points brought to HR].

**5/24/23** – Text About Death Threat (Screenshot Taken on S21 4/17/25)
At 14:16, sent a text message to a friend: "Wish I were joking. If I become injured or deceased under mysterious circumstances, it was people at my work. They're making veiled threats. It's just a bunch of old guys daydreaming but anything can happen."

**5/26/23** – Requested HR Information from Manager
From texts to AS and DE: requested HR contact information from Chris DeHaan.

**5/26/23** – HR Person Stepped Down
There was also a memo circulated. Texts to DE mention that I and two other people I know had recently been rear-ended. Additional DE texts referenced ongoing harassment (nonspecific).

**9:55 AM** – "Call me when you get a moment pls. Is everything ok?"
**10:05 AM** – "Just work stuff. And I live here. People are very defensive."
**10:11 AM** – "I have other places I can go. Dw. We can hang out here for the weekend if you prefer. I don't mind if you need to crash."
**10:13–10:14 AM** – "Thank you."
**10:20 AM** – "Ok I just wanted you to know whenever you felt like you needed to jet its open for you."
**10:20 AM** – "Thank you. I'll check my email before I go and see if I feel any better. Someone stepped down from a thing and a dept-wide email got sent out. Idk man, large things are appearing to happen."
**10:21 AM** – "It's gonna be ok. We'll figure it out."
**10:23 AM** – "It seems as though there is at least a very high prob I'm out a job but we'll see."
**10:23 AM** – "They said it's also not too late on the email lol idk what is going on honestly."
**10:25 AM** – "Will you fill me in on the email later? Going back to work but I'm curious what they said."
**10:27 AM** – "In layman's it appeared as though an HR person stepped down on the day I made a bid for HR."
**10:28 AM** – "That is weird."
**10:29 AM** – "Department-wide email was sent out about it. All nuclear."
**10:32 AM** – "At least that's how it appeared to me."

**5/30/23 – 6/16/23** – RTNE


**6/1/23** – Bus Pass
Distributed today, later stolen from desk.

**6/1/23 – TRLW Coworker Discussion**
Texted a friend about coworkers in my workspace talking about previous mistakes I made during a radioactive liquid discharge. I had been set up for this by a prior test engineer who refused to do the test and "turned it over" to my shift. Looking back, it was likely a setup. The incident occurred in early 2022, meaning the coworkers were discussing my mistakes from events more than a year prior that they had no hand in.

**6/3/23 – Mention of Threats**
Mentioned to a friend in a text.

**6/6/23 – Psyops**
Psyop about me having a child that my ex didn't tell me about. Other psyops involved false claims about drug residue on my patio (with literal block sketches of my patio) and psyops regarding hard drives I had stored in my closet.

**6/8/23 – Mention of Harassment**
In a text to AS, mentioned that "work was making it harder than it had to be it seems [to have a good day]."

**6/10/23 – Contacted Therapist About Harassment**
Wrote to my therapist asking for a sooner appointment to work through some things. I was being pressured at work.

**6/14/23 – Monitoring Communications / Following**
"Oh no! I quit playing along with work and now the shipyard™ is pissed."
"Omg what happened?"
"They don't want me to go to Costa Rica and started talking about Jews as soon as I got back in class to signal they knew about Steph. 😖 Enough people I love have been alluded to now that I'm done playing along. Got tailed the whole way home bc I think they read my texts explaining the situation to my brother."

**6/17/23 – Conversation About Break-ins**
From DE: "I don't feel safe in your home. You are telling me people are breaking in."

**6/18/23 – Harassment**
"That was y'day. I think the watchdog research helped, not as much activity today. Maybe I was just in a better headspace tho."

**6/22/23 – Texted About Being on a Watchlist**
"Yeah but do I want to tell BetterHelp about my placement on a TI list? I feel that is counterproductive."
Alleged response: "What's a TI list?"
"Targeted individual." [Linked: https://www.mylawquestions.com/what-is-gang-stalking.htm]

**6/23/23 – Tablet Video**
Took video using tablet to monitor if anyone was entering my house.

**6/24/23 – Mentioned Getting Followed**
Text to AS: "Sorry about earlier, I'm still getting followed even here and I'm getting my wires crossed."

**6/26/23 (On or Around) – Targeted Meeting**
Chris DeHaan said "all of the managers were in agreement" and alluded to trying to get me to quit or go back to the waterfront, stating "People usually break by now." They then discussed how they were "pressure testing" me, but that I kept talking about it to others to relieve stress. A manager named Kevin mentioned they could "find a use" for me after I explained what an "instance" was in a digital context. This followed a discussion where they made a show of explaining how I was being isolated digitally and physically. They also talked about a car being repossessed and sabotaging a vehicle.

**6/27/23 – Vehicle Sabotage**
Partner's vehicle sabotaged; coolant line disconnected. Email from work mentioned ventilation or cooling work.

**6/29/23 – Potluck at Work**

**7/5/23 – Followed from VA to FL**
03:00 – Another engineered car crash outside SO's apartment (no airbag, obvious actors).
Decided to go retrieve car from Florida after repossession.
Followed from Virginia to Florida—people onboard the bus, driver fled, U.S. Marshals tags observed.
"Flee country" psyop via Uber.

**7/11/23 – Followed to Portsmouth**
Person seen holding arm over my shoulder.
SO (DE) assaulted by someone who body-slammed her.

**7/12/23 – Directly Informed Supervisor of Disability**
Me: "I'm not able to focus on study based on the amount of talking that happens in the office. I have ADHD and anxiety and can provide documentation for both. I need to be at home to work." (11:05 AM)
Me: "Who can I talk to about accommodations for this that will be more supportive?" (11:06 AM)
Ron Rogers: "Please check your work email." (1:20 PM)

**Timeline (formatted)**

7/17-7/21 Concert skip pressure
Intense pressure from entire work center to not attend a concert I had a season pass to in Virginia Beach. The entire psyop involved veiled threats of violence, police involvement if I attended. Discourse about "territory" and lacking the ability to protect me if I went. Heavy implication that it would not be safe and I would be rewarded under the table if I chose not to attend. Talks of commanding officers.
I decided not to attend.
In support if their threats my SO and her friend who did attend (but seperately from the group I was

planning on attending with because of their tickets) reported being pulled over on the way home indicating law enforcement coordination with coworkers.

**7/18/23** contacted for short term disability
DE texts talking about contacting benefits about short term disability

**7/20/23** Meeting with manager
Was discouraged from going on vacation "I can't tell you not to go on vacation but nobody is going to want to work with you" -Ron Rogers

**7/26/23** Therapy

**7/27/23** RTNE test
Weird Hotel california sound clips available during 4 hour test. About not being able to escape a place.

**7/28/23** Work cookout

**8/1/23** stranger restroom Was followed to restroom

**8/3/23** RTNE meeting

**8/11/23** Staff meeting

**8/23/23** "Quotes" disturbing conversation
~8 am
"You should read the rape of nanking." Lonnie Ness
This book is on my bookshelf. One of only a few, all my other books are packed in boxes. Indicating that Lonnie or someone feeding him lines was aware of the disposition of my personal effects inside my home. Comments like this were pervasive, indicating knowledge on my home.
In depth discussion about drawing and quartering, various torture and execution methods. Indigenous population genocide. Lonnie Ness
2:40 pm prior to getting on bus home
Asked if I saw the plane crash involving the Russian opposition leader dying in a plane crash. Mike Gustafson

**8/24/23** "Quotes" evidence of being monitored
6:40 am David Roberts said "I'm going to knock the stupid out of you." loudly as I walked past his cubicle.
Followed by mentions of Italian (DE) and brother.
7:08
"What kind of egregious shit they said to the person."
Michael Alford

**11/6/23**
Morning Amanda Downs talking about Mike Gustafson "another mortgage payment" after I paid my mortgage.
Recently sent Danielle Elliott (my partner) a recipe for brussel sprouts. "Brussel sprouts!" Phil Shook
3:00

**8/25/23** work event at Hooters where folks were awkward toward me

**9/8/23** work potluck. Disturbing journal entry *important*
Journal Entry "Where before I was attempting to preserve myself through double speak and deniability through vagueness, I am now more certain of my desire to put my efforts toward ceasing the aggression I have sensed. I am unsure who all the parties are that are sourcing the efforts to coerce my silence and complacence, however I can name individuals to contact in the event of my harm or disappearance or otherwise. Much has already occurred so much so that I am certain it will continue, to what and also do not know. Below and on the following pages I will attend to recall and from this paint record all perceived acts of aggression and coercion with as many relevant deals as possible. I will note that has been a deep worry of mine that I, due to my own actions, am hardly a star witness. In the depths of my depression and at my lowest, I made many choices that I now regret. Many of these have been leveraged against me as blackmail and if my name need be further dragged through the mud in order for my truth to be heard, so be it. I refuse to live in fear and shame, allowing those who would oppress me to continue their campaign of terror and shame others, I hope that my family and friends will accept me in the wake of whatever comes of this."
"Below I will list some of the coersion techniques used so far with specific reference and amplifying info referenced where able: gangstalking threats of violence blackmail bugging home bugging vehicle vehicular harassment vehicular sabotage shunning public dissemination of personal info threats against family/friends publicizing health information home invasion police harassment/intimidation court harassment assault "accidents" spyware on phone/TV/laptop/electronics AI personality modeling psychological operations perception management programs public radio/internet radio data breach/private investigation
Specific violent acts threatened/implied
Stabbing, jumping, vehicular assault, shooting point blank, long distance rifle, blowing up planes, derailing trains, poison, giving STDs, planting diseases, introducing cancerous cells, giving me AIDS HIV, atmosphere tampering, indoors O2, CO2, CO introduction
"Bribery, favors, filming of private/sexual encounters in my own home/girlfriend apartment, false flags, convince me I had a kid, poisoning, mold, transmitting and STD via hand"
"Potluck today. Leaving work adjacent conversation about having to put a pet dog down. John Pendergast, speaker. Christi Jelinek mentioned a shipyard worker 'getting murdered.'"

**9/12/23** Humiliating Change in Duties Supervising furniture delivery
Change in duties to work
Adverse employment action, retaliatory reassignment from writing nuclear procedures to supervising furniture movers

**9/21/23** HOLA work event (Spanish outreach and practice)
Hola work event where a bunch of shipyard thugs that didn't speak Spanish showed up and were rude to everyone. So severe, wait staff suffered an emotional breakdown.

**9/24/23** noticed atty was working with s/y

**9/28/23** Radiological training RTNE

**10/3/23** work progress meeting

**10/4/23** dog poisoned

**10/19/23** staff meeting

**10/30/23** food taken from fridge
Someone ate my calzone? Or just moved it in the fridge

**11/16/23** work potluck
Gun talk. Lots of discourse around firing weapons and murder

**On or around 12/6/2023**
After I began writing notes about what was occurring, I was being watched. Dan Thomas said "Feel free to scribble."
Notes about the subversive talking: A "relief valve discharge" referred to me talking to my partner about the harassment occurring. Other code included "following procedure", "procedure changes", "executions", "technical errors", "contaminated MTE" or with "ink" but they would not actually be discussing real occurrences, just having circular conversations so they could bypass actually naming me. Suggesting a Navy or other government entity investigation is monitoring me to keep me "in regulation."
Dan and Mike Gustafson started having a loud conversation right near my cubicle "George Santos has a lot of dirt on other Republicans."

**12/19/23** Christmas party badge stolen Last working day
Hazing, organized the white elephant gift giving so that I was last and was left with a cheap flashlight from Temu. Posted lookouts and entered my car to steal my badge from my work backpack. They knew it would be there because I was coming from work.

**1/2/24** Car tried to hit me. Emailed HR and supervisor texts
Sticky not from that day License Plate Number
41446C VA plates White Chevy Cruze
1/2/24 Written journal entry
"A car tried to turn into me today. It was from a block away. Their left ts [turn signal] was on and they waited in the middle lane for me to approach. I slammed on brakes and blew on the horn for seconds and he did not attempt to break. This morning a man wearing a grim reaper costume crossed the street in front of me."
After implications in the office that I was going to be followed and surveilled and if I didn't stop talking about it, I would be murdered, a vehicle tried to turn into me at a stoplight after I activated a yubikey to communicate with HR

**1/2/24** Sent an email requesting this meeting and outlining some of the things I claimed in the later meeting with HR on the 8th
Supervisor attempts to get me to return to the site.
Ron Rogers
1100 Any luck getting your badge.
1350 Hey, haven't heard anything from you, wondering if things are okay. When are you planning on coming back to work? I have a yubi key here to activate. Let me know.

Me
1353 I have activated a yubikey but someone just tried to kill me with their car and I'm a bit rattled. I want to work out a flexible work arrangement, being in downtown Newport news is not safe.
Ron Rogers
1529 There are some things we need to talk through, so plan on being in the office tomorrow.
Me
1541 I've got an appointment at 3. A WebEx would work better
1542 Jabber zoom Skype all viable options
Ron Rogers
1548 You need to come into the office.
Me
1633 I will be available.

**1/8/24** HR meeting, medical director meeting, EAP and medical disqualification
1/8/24 Written journal entry
CA [Carrie Allen] the HR lady from work had me meet her at a security point. Apparently they deactivated my badge. I outlined in an email that RR [Ron Rogers] & CD [Chris DeHaan] were harassing with the other paperwork ACTEs, I came in and explained the situation further more or less to offer a complete picture. They said I sounded paranoid, had me talk to Aposteles, a licensed clinician. He asked what was going on, I offered a more concise version focusing on the vehicles & weird office dynamics. He said something about throwing stones in a glass house, ran a brief sanity check on me."
Expressing concern for my safety to a loved one
Got an HR meeting about this harassment crap at 10 in the big building with the Dorothy boat in from of it in case they try to Clinton me [murder me]
Detail
Complained to HR about how when I got to the new job people started harassing and hazing me, trying get me to return to my old position. Using meeting to show they were all in on it up to my manager's manager. Told them about weird company dynamics and how there were constantly people having weird conversations, spreading rumors, or telling me things about other workers to try and mess with my head, mean mugging me, including how some of the people in my workplace were accused of pedophilia. I told them how they mentioned I would start being followed and harassed and it started happening. About how a vehicle waited at a green stoplight and then tried to turn itself into my car right outside work and then sped off. I was accused of being paranoid and sent to speak with Dr. Apostoles and when I relayed all this to him, when I mentioned the part about the pedophilia I remember him asking if I had ever heard of the phrase, "don't throw stones in a glass house." Essentially telling me to stop talking about it. I was place of medical leave with paranoia as the justification and an EAP. This EAP was presented as a path forward to allow me to distance myself from the harassment while HR investigated. Later the EAP was used as justification to fire me claiming I was not complying despite attending every meeting with the coordinator and making every attempt to deconflict treatment options.
Sticky note from that day
Dr. Apostoles Carrie A. Says I sound paranoid.

**1/16/24** informed supervisor of medical leave
1301 I will be on medical leave with an estimated end date of March 31, 2024.

**1/23/24** Ron Grett meeting
Says I sound like I am experiencing delusions of persecution "a classic case" as a result of a mental break that occurred as the harassment began a year prior.
We discuss me seeing and him speaking to the psychiatrist at my my provider Hampton Mental Health Associates (HMHA) as well as the psychiatrist I see at Veteran's Affairs.
States that company policy is I have to be cleared by a psychiatrist and the medical director to return to work.
When I discuss seeing my normal HMHA provider Dr. Nixon, (mental health nurse practitioner with a PhD) he said "You'll never get back to work that way."
We discuss me seeing "Dr. Cunningham or someone else."
Specifically states "Well I don't think you're going to get any better without an antipsychotic in place."
"To be honest with you, Kitron, I don't think you're that important." "Right, I don't either!"
"Listen Dr. Aposteles believes you are delusional, I do. I didn't release your name but I ran the information you gave me by one of my colleagues who is a clinical psychologist. He said, 'Ron, no doubt this guy is completely delusional.'"

**2/1/24** Ron Grett meeting Ron Grett mentions going to the grocery store and buying groceries.

**2/2/24** Followed
Journal description of getting followed in grocery store

**2/15/24** Ron Grett meeting

**2/22/24** Emailed a copy of the EAP from Carrie Allen after requesting information about the return to work requirements and why they were trying to compel my to see a medical provider of their choice when I had two providers, one at veteran's affairs and my normal private psychiatrist.
Gunfire in streets

**2/23/24-** Termination letter sent

**2/28/24-** termination letter received

**Digital Notes on evidence**

**Threats of harm**
Waiting a long time to make it look accidental but making sure it happened.
Shooting me from a distance.
Pushing me down stairs, engineering levels.
Waiting behind equipment to jump me or hit me with metal poles.
Employing connections with trades people or spreading rumors to cause them to harm me.
Engineering harm during inspections or operations in the plant such as intentionally failing to electrically or mechanically secure equipment leading to an "accident."
Poison. "He'll eat anything you give him, that's going to be the end of him."
Encouraging me heavily to watch "The Firm" and "Jury duty"

synopses

In "The Firm" by John Grisham, young lawyer Mitch McDeere joins a prestigious law firm only to discover its deep involvement in illegal activities, including money laundering for the Mafia. As Mitch uncovers more secrets, he realizes the firm monitors and controls its employees, killing those who try to leave or expose them. Seeking help from the FBI, Mitch finds himself in a dangerous game, trying to gather evidence while protecting himself and his loved ones from the firm's deadly grip. The story highlights the peril faced by an employee who knows too much and the extreme measures taken to maintain secrecy. In Jury Duty on Amazon Prime, an unsuspecting man named Ronald Gladden is summoned for jury duty in what he believes is a real trial. Unbeknownst to him, everyone else involved—including the judge, lawyers, and fellow jurors—is an actor, and the entire case is a meticulously staged production. As Ronald navigates the bizarre and increasingly absurd events of jury service, his honesty, kindness, and sense of responsibility shine through. The show becomes a social experiment and comedic exploration of how a regular person reacts under pressure, surrounded by contrived chaos. Like The Firm, it centers on a protagonist trapped in a web not of their making, slowly realizing the truth of their environment. I believe I was recommended these stories as part of a psychological operation and coercion technique

**Harassment**

Being followed everywhere, including the restroom
Synchronized noises including tapping cell phone group texts?

**Emails I can remember sending**

Email about objections?
Emails requesting access to CAD training.
Email about working from home part-time
Email about mental health texts to Mani
Saved email documenting harassment to HR, Naming Kilner and Thomas? monitored then HR resignations and mass email about sharing personnel PPI. Large shift in behavior.
Email asking for HR contact information and informing manager of my diagnosis

**Work memories**

Much of the discrimination that occurred went undocumented because in the beginning, I did not realize it was happening, by the time I did realize, I was so disturbed I just froze and did not realize what I could do about it or how to properly document it. Any of the attempts I did make to document were observed and further punished.
Boss and coworkers discouraging me from taking vacation up to the point where instead of going on a vacation that was planned booked and paid for, I was convinced by coworkers to not go because my boss said "I can't tell you not to go on vacation but if you do nobody is going to want to work with you."
Falsifying qualification records and rushing into boards to keep up with production
Sleeping in office
loud religious discussions after someone discussed my lack of religious belief or saw I was reading a Taoist text on my lunch break
Bigoted dialogue racism jingoism homophobia ableism against handicapped people constantly using words like retarded

Following to bathroom
Refusing to teach me the job or withholding information about requirements or how to meet them.
Meeting with second level supervisor explaining that my peers weren't taking me seriously and that I was invested in the job
Filming and you're in monitoring rumors starting about drug use reputation damage professional stunting and hindrance humiliating duties like watching people move when prior obligations were nuclear engineering test generating connections to intelligence agencies to leak information about me and docs it private investigation framing
Attempting to disguise intent and conversation through a aesopien or parabolic discussion
Disclosing unwanted information like my boss allegedly being a pedophile Morgan Hotz. Early in the process at my cubicle, the coworkers I worked with who are not in management got together with me and told an odd parabolic story about how a family member quote unquote from across the street had molested somebody's kids and they had to still work with them. When I brought this odd behavior up to the lead medicle examiner he asked me if I had heard the phrase of not throwing stones in a glass house
Accusing me of being not at my desk when there was a culture of people not being at their desks and constantly sleeping on the job very few employees were often there full-time either taking long periods of work from home allegedly or leaving early
Feeding me instructions about how to go about using it. work disguising it at my house and avoiding detection.
I remember them discussion how various government entities could be used to make someone's life hard, like the IRS. They had someone in an FBI jacket appear on my way into work. Various name drops from sources about the involvement of corporations or agencies like Lockheed martin, the rand corporation, CIA, DHS, DOE intelligence.

**\*\* Treated differently (systematic discriminated)\*\***
Anxiety- Brianna, accommodations for light sensitivity, work hours, WFH etc
Sexuality- Gay man who's name currently escapes me. [Phil Shook] Manager. Treated better.
Flexible schedule- Coworkers were often able to use multiple days a week to work from home and when I asked to make this sort of arrangement via email it was denied.
Attendance- Josh Jackson, often sleeping in office, loudly snoring causing laughter. Ron Rogers, often sleeping in chair. Randy Kingsbury, literally never saw in office after August/September 2023. Still had cubicle. Manager level personnel often leaving early or not in office.
Alienated, isolated, shunned, and excluded by colleagues. Interactions with colleagues were few and far between, bare minimum conversation. Congregating colleagues fall silent when I try to join the conversation. Overhearing rumors being spread about me.

**Involved Personnel or Potential Witnesses**

**Upper Management**
Jerry Tice
Alan Wiley
William Mckinley
Matthew Simon

Paul Lindgren

Paul? Timmons

**Procedure writing group**

◦ Office layout

Recall

Black fella sat next to Phil Lyston Brandon?

Brianna's Thompson? Taylor? last name.

▪ Managers/ACTEs isle

Christi Jelinek

Joshua Jackson

Phil Shook

Lonnie Ness

Eric Kilner

Michael Alford

Melanie Adams

David Roberts

Ron Rogers

Dalton

Lindsay Routten

Sean McDonnell

Randy Kingsbury

▪ My cube

Me

Amanda Downs

Brianna Thompson? Davis?

Daniel Thomas

Phil Lyston

Brandon Sellers?

▪ 1 cube over

John Pendergast

Michael Gustafson

Guy that say across from Mike, always in the vault Leonard? Bald, very quiet, talked to me with selling cars on FB marketplace with Gus one time. also Mike?

▪ 2 cubes over

Jessica Hairston

▪ 3+ cubes over

Jason Richey

Kyle Best

Benjamin Bond

▪ Opposite side building

Matt Benbow

Sarah Meixner

Allan
John
Ryan Taylor
Morgan Hotz
Jack Coates
- Out of office
Chris DeHaan
Tina McGuigan

**HR**
Carrie Allen and 2 security
Dr. Apostoles medical director
Ron Grett third party social worker

**Out of dept**
Michael Altrogge
Karl Shulenburg
Tina McGuigan
◦ Daily Update writers/emails
Karl Shulenburg
Michael Altrogge
Jeffery Eckert

**RTNE**
Involved Students
Benjamin
Robert
Andrew Cognata
Renee?
Instructors
Higgenbotham (Higgy)
Dan Callahan
David Jackson
Stanley Reese
Woman instructor tattoos, Brittany? Jessica? Emily? Taylor?
Affected
Joshua? Friends with John Miller

  **Newport News Shipbuilding** A Division of HII 

February 26, 2024

**FEDEX – SIGNATURE CONFIRMATION and REGULAR MAIL**

Kitron A. Wedding
958 Holbrook Drive
Newport News, VA
23602-8908

**RE: Failure to Comply with Mandatory Employee Assistance Program**

Dear Mr. Wedding:

On February 23, 2024, Newport News Shipbuilding was notified of your failure to follow the requirements and treatment recommendations of your mandatory Employee Assistance Program.
The last chance memorandum that you signed on January 8, 2024, states the conditions governing your continued employment with Newport News Shipbuilding. As of February 23, 2024, you have failed to establish an appointment with the required provider after multiple attempts by the EAP coordinator.
As a result of your failure to cooperate fully with the prescribed treatment, you have been released from employment with Newport News Shipbuilding effective Friday, February 23, 2024.

If you have any personal items at your workstation, they will be collected and can be retrieved from the lobby of our employment office, located at:

> 4101 Washington Avenue (Building 500-1), Newport News VA 23607

Items are available for pick up by appointment only. Please contact Cindy Mann at 757-688-7563 to schedule pick-up for any personal belongings. Please allow 7 days from your release date before scheduling an appointment. Please be advised that the items will remain there for 60 days from the date of your termination. Any items not picked up within the noted time frame will be discarded.

All NNS company property in your possession must be returned and this can be done during the appointment to pick up your personal property. If you would prefer to return your company property by FedEx, please let me know and I can send you pre-paid postage.

*Callen*
Sincerely,
Carrie S. Allen
Human Resources Business Partner
(757) 688-7992
Carrie.S.Allen@hii-nns.com
cc: file 110706

NN 26-Proprietary (REV 6)

HUNTINGTON INGALLS INDUSTRIES PROPRIETARY



**LAST CHANCE MEMORANDUM**
**CONDITIONS GOVERNING YOUR**
**CONTINUED EMPLOYMENT WITH**
**NEWPORT NEWS SHIPBUILDING**

Date __1/8/2024__

You are being directed as a mandatory referral to the Newport News Shipbuilding Employee Assistance Program ("EAP"). This memorandum is issued to you to set forth the facts and circumstances that gave rise to this mandatory referral and to establish the condition for your return to work and continued employment.

| Reason for the Referral | (Select One) |
|---|---|
| Substance | ✓ Out of Work |
| ✓ Behavioral | Working Through Referral |

Summary of facts/relevant information
_requiring evaluation for behavioral concerns_

**Conditions Governing Continued Employment**
Newport News Shipbuilding will give you one last and final chance to return to work under the following conditions:

1. You will submit to and fully cooperate in whatever treatment program is required by the Employee Assistance Program (EAP) and/or the Company Medical Director. You hereby authorize and consent to the release by EAP of information relating to your participation in counseling and/or rehabilitation program and your attendance at all required sessions to your employer, Newport News Shipbuilding (NNS).

2. You will remain an active employee with Newport News Shipbuilding, providing you participate and successfully complete the counseling/rehabilitation program as directed by EAP. The Company Medical Department after receiving the appropriate certifications from the EAP provider will determine the date you will be eligible to return to work.

3. You will be required to sign an Anthem Member Authorization Form for Release of Information in order for EAP to monitor your treatment and compliance issues. You are also required to keep this authorization in effect as a condition of your employment.

4. If the referral is for substance abuse and you successfully complete the required program you will be subject to random alcohol/drug testing for a period of (12) twelve months following your return to work. Any future positive test will result in the termination of your employment.



5. If the referral is for substance abuse and upon your return to work, any future attempt to enter any rehabilitation program for substance abuse without the prior written consent of Human Resources may result in immediate termination of your employment.

6. Newport News Shipbuilding may release to EAP or to the provider of rehabilitation services, as applicable, all information and records relating to your employment with Newport News Shipbuilding, including, but not limited to, information and records relating to your referral to EAP.

7. You will be discharged immediately if any of the following occurs:
    a) You fail to cooperate fully with the prescribed treatment program.
    b) You violate Newport News Shipbuilding policies, procedures, or work rules.
    c) You fail to report to the Medical Department or its designee to provide a specimen of blood/breath/urine within the prescribed time when so directed.
    d) You refuse to provide a specimen.
    e) Your specimen tests positive for use of a controlled substance and/or alcohol. "Controlled substance" shall be any drugs as listed in Schedule I through V of the Controlled Substance Act, 21 U.S.C. 812.
    f) You falsify or attempt to falsify a specimen.
    g) You fail to pass drug /alcohol screens while in the treatment program or fail to attend scheduled treatment.

By your signature below, you agree to the following:
    a) I understand I will be responsible for any costs for my counseling and/or rehabilitation not covered by my health insurance.
    b) I have read and fully understand the contents and purpose of this memorandum, which sets forth the conditions I must meet to continue my employment with the Company.
    c) Nothing in this memorandum alters my status as an at-will employee and I understand that the Company retains the right to terminate my employment at any time with or without cause.
    d) Due to the nature of your violation of Company regulations, adverse information will be submitted to the JPAS system (DOD/DOE) if you currently have a Security Clearance on record or are being processed for a Security Clearance. You recognize and understand that should you lose or fail to obtain your Security Clearance, it may result in the termination of your employment.

_____          1/8/24
Employee Signature                         Date

K'tron Weddiny                           110706
Employee Name (Print Full Name) & Personnel Number (PERNR)

_____ Carrie Allen                   1/8/2024
Human Resources (Print Full Name & Signature)    Date