## Abridged Timeline of Events Leading to Termination

**Key Individuals:**

- **Carrie Allen:** HR Representative
- **Ron Grett:** Employee Assistance Program (EAP) Administrator
- **Dr. Apostles:** Lead Medical Examiner
- **Dr. Cunningham:** Provider chosen by Ron Grett and the employer
- **Cindy Mann:** HR Representative

---

**January 2, 2024**

- Notified HR representative Carrie Allen of feeling unsafe at work.
- Requested information on how to report this to HR.
- Received voicemail agreeing to meet in the security office for my safety.

**January 8, 2024**

- Made a complaint in the security office about discrimination and harassment at work, providing details and examples.
- Accused of being paranoid, escorted to head medical examiner, Dr. Apostles.
- Dr. Apostles medically disqualified me pending evaluation, citing paranoia.
- Received an EAP form; told this step was to separate me from harassers during an investigation.
- Informed of eligibility for short-term disability through Prudential, which I began receiving.

**January 9, 2024**

- 2 call contacts with Ron Grett (EAP administrator), likely related to EAP meeting or scheduling.

**January 12, 2024**

- 2 call contacts with Carrie Allen.
- 1 call contact with Newport News Shipbuilding (potentially Cindy Mann).

**January 16, 2024**

- 1 call contact each with Cindy Mann, Carrie Allen, and Ron Grett.
- Completed and submitted medical leave of absence paperwork.

**January 17, 2024**

- 2 call contacts with Ron Grett.

- 1 call contact with Cindy Mann.

**January 22, 2024**

- 3 call contacts with Ron Grett, including a Zoom EAP meeting.

**January 23, 2024**

- Contacted previous psychiatry provider.
- Phone meeting with Ron Grett.
- Agreed to speak with a psychiatrist at my previous provider's practice.
- Grett insisted on taking an antipsychotic for "it all to go back to normal."

**January 26, 2024**

- 2 call contacts with Veterans Affairs (VA).

**January 31, 2024**

- Mental health appointment with VA.

**February 1, 2024**

- Call contacts with Ron Grett and VA medical.
- Appointment with Ron Grett.

**February 8, 2024**

- Call contact with VA.

**February 15, 2024**

- Call contact with Ron Grett.
- EAP meeting with Ron Grett.

**February 16, 2024**

- Healthcare contact.

**February 19, 2024**

- Notified Ron Grett of an appointment with my provider at Hampton Mental Health Associates.

**February 20, 2024**

- Ron Grett claimed in a call that my provider is a nurse despite her holding a doctorate degree.

**February 21, 2024**

- Attempted to contact 20-30 practices for a psychiatrist to clear me to return to work.
- Grett quoted an uncited policy requiring clearance by a psychiatrist and recommended seeing Dr. Cunningham.
- Set a deadline of 2/23/2024 for this. Requested required paperwork, which was never sent nor the policy referenced.

**February 22, 2024**

- Call contacts with Carrie Allen and the office of Dr. Cunningham.
- Planned to call back on 2/27/2024 to make an appointment.
- Via email, Grett shifted the recommendation to see Dr. Cunningham to a specific requirement, offering to make the appointment.
- Requested insurance and demographic information by 0900 on 2/23/2024 or would "turn the case over to HR."
- Sent requested information with authorization for Grett to make the appointment.

**February 23, 2024**

- Presumably, Ron Grett reported noncompliance and HR terminated my employment, sending a termination letter.

**February 27, 2024**

- Followed up with Dr. Cunningham's office; informed they are not taking new patients.
- Emailed Ron Grett with concerns about Dr. Cunningham based on reviews and appointment attempts.
- Grett replied that the matter was turned over to HR and requested no further contact.

**February 28, 2024**

- Received first notice of termination.

The following is a brief timeline outlining the events that transpired leading up to my termination to provide context and illustration of the other provided evidence in a meaningful way.
The call logs are meant to illustrate part of my earnest effort to comply with the constantly shifting goalposts required by the employee assistance plan. With totals of more than 25 phone contacts and a minimum of 4 appointments for the resolution of this issue, the assertion that I was in violation of or failing to comply with the EAP is simply not based in reality or fact.

Carrie Allen was my HR representative
Ron Grett was the Employee Assistance Program (EAP) administrator
Dr. Apostles was the lead medical examiner
Dr. Cunningham was the provider chosen by Ron Grett and the employer
Cindy Mann was a different HR representative

On or about
1/2/2024    Notified my HR representative, Carrie Allen, of feeling unsafe at work and requested information on how to make a report to HR about it. Later I received voicemail agreeing to meet in security office for my safety.

1/8/2024    Made a complaint in the security office about discrimination and harassment in my place of work and gave details and examples. I was accused of being paranoid, escorted to the head medical examiner, Dr. Apostles who told me I should not throw stones in a glass house and medically disqualified me from my job pending evaluation. I was given an EAP form and told it was behavioral based on paranoia. I was told this was a step being taken to separate me from those who were harassing me while they conducted an investigation of my complaint. I was told I would be eligible for short term disability and that upon completing the EAP, I could return to work. The short term disability was through Prudential and I did begin receiving it.

1/9/2024    2 call contacts with Ron Grett (EAP administrator). Likely an EAP meeting or scheduling a meeting.

1/12/2024   2 call contacts with Carrie Allen. 1 call contact Newport News Shipbuilding (potentially Cindy Mann)

1/16/2024   1 call contact each with Cindy Mann, Carrie Allen, and Ron Grett. Also completed and submitted medical leave of absence paperwork.

1/17/2024   2 call contacts with Ron Grett and 1 with Cindy Mann.

1/22/2024   3 call contacts with Ron Grett, including a Zoom EAP meeting.

1/23/2024   Contacted my previous psychiatry provider. Phone meeting with Ron Grett. Agreed to speak with a psychiatrist at my previous provider's practice. Insists that I being taking an antipsychotic for "it all to go back to normal."

1/26/2024	2 call contacts with Veterans Affairs (VA).

1/31/2024	Mental health appointment with VA.

2/1/2024	Call contacts with Grett and VA medical. Appointment with Ron Grett.

2/8/2024	Call contact with VA.

2/15/2024	Call contact with Grett. EAP meeting with Ron Grett.

2/16/2024	Healthcare contact

2/19/2024	Notified Ron Grett of appointment with my provider at Hampton Mental Health Associates

2/20/2024	Ron Grett claims in a call that the provider is not a Doctor, she is a nurse despite her holding a doctorate level degree.

2/21/2024	Attempts to contact 20-30 practices for a psychiatrist to clear me to return to work. Grett quotes an uncited policy that I must be cleared by a psychiatrist prior to returning to work and makes a recommendation to see Dr. Cunningham. Sets end of week (2/23/2024) deadline for this. I request the required paperwork for a psychiatrist provider to clear me to return to work. This paperwork is never sent nor is the policy being referenced.

2/22/2024	Call contacts with Carrie Allen and the office of Dr. Cunningham, plan to call back on 2/27/2024 to make an appointment. Via email Grett shifts recommendation to see Dr. Cunningham to a specific requirement and offers to make an appointment for me. He requests insurance and demographic information for this. Sets deadline of 0900 on 2/23/2024 to provide requested information or he will "turn the case over to HR."
Carrie Allen emails me a copy over the EAP agreement. I express frustration and confusion about this requirement and again request what authority allows this as well as the paperwork. I send the requested information over in the morning of 2/22/2024 with instruction and authorization to make the appointment for me as offered.

2/23/2024	Presumably, Ron Grett reports me as noncompliant and HR terminates my employment. Sends letter in mail.

2/27/2024	I followup with Dr. Cunningham's office, am told they are not taking any new patients. I emailed Ron Grett about my concerns about Dr. Cunningham based on reviews and my attempts to make an appointment. Grett writes that the matter has been turned over to HR and requests I not contact him.

2/28/2024	I received my first notice of termination.