

February 26, 2024

**FEDEX – SIGNATURE CONFIRMATION and REGULAR MAIL**

Kitron A. Wedding
958 Holbrook Drive
Newport News, VA
23602-8908

**RE: Failure to Comply with Mandatory Employee Assistance Program**

Dear Mr. Wedding:

On February 23, 2024, Newport News Shipbuilding was notified of your failure to follow the requirements and treatment recommendations of your mandatory Employee Assistance Program. The last chance memorandum that you signed on January 8, 2024, states the conditions governing your continued employment with Newport News Shipbuilding. As of February 23, 2024, you have failed to establish an appointment with the required provider after multiple attempts by the EAP coordinator. As a result of your failure to cooperate fully with the prescribed treatment, you have been released from employment with Newport News Shipbuilding effective Friday, February 23, 2024.

If you have any personal items at your workstation, they will be collected and can be retrieved from the lobby of our employment office, located at:

> 4101 Washington Avenue (Building 500-1), Newport News VA 23607

Items are available for pick up by appointment only. Please contact Cindy Mann at 757-688-7563 to schedule pick-up for any personal belongings. Please allow 7 days from your release date before scheduling an appointment. Please be advised that the items will remain there for 60 days from the date of your termination. Any items not picked up within the noted time frame will be discarded.

All NNS company property in your possession must be returned and this can be done during the appointment to pick up your personal property. If you would prefer to return your company property by FedEx, please let me know and I can send you pre-paid postage.

Sincerely,
Carrie S. Allen
Human Resources Business Partner
(757) 688-7992
Carrie.S.Allen@hii-nns.com
cc: file 110706