

**LAST CHANCE MEMORANDUM**
**CONDITIONS GOVERNING YOUR**
**CONTINUED EMPLOYMENT WITH**
**NEWPORT NEWS SHIPBUILDING**

Date 1|8|2024

You are being directed as a mandatory referral to the Newport News Shipbuilding Employee Assistance Program ("EAP"). This memorandum is issued to you to set forth the facts and circumstances that gave rise to this mandatory referral and to establish the condition for your return to work and continued employment.

<u>Reason for the Referral</u>
    Substance
    ✓Behavioral

<u>(Select One)</u>
    ✓Out of Work
    Working Through Referral

Summary of facts/relevant information
requiring evaluation for behavioral concerns

<u>Conditions Governing Continued Employment</u>
Newport News Shipbuilding will give you one last and final chance to return to work under the following conditions:

1. You will submit to and fully cooperate in whatever treatment program is required by the Employee Assistance Program (EAP) and/or the Company Medical Director. You hereby authorize and consent to the release by EAP of information relating to your participation in counseling and/or rehabilitation program and your attendance at all required sessions to your employer, Newport News Shipbuilding (NNS).

2. You will remain an active employee with Newport News Shipbuilding, providing you participate and successfully complete the counseling/rehabilitation program as directed by EAP. The Company Medical Department after receiving the appropriate certifications from the EAP provider will determine the date you will be eligible to return to work.

3. You will be required to sign an Anthem Member Authorization Form for Release of Information in order for EAP to monitor your treatment and compliance issues. You are also required to keep this authorization in effect as a condition of your employment.

4. If the referral is for substance abuse and you successfully complete the required program you will be subject to random alcohol/drug testing for a period of (12) twelve months following your return to work. Any future positive test will result in the termination of your employment.



5. If the referral is for substance abuse and upon your return to work, any future attempt to enter any rehabilitation program for substance abuse without the prior written consent of Human Resources may result in immediate termination of your employment.

6. Newport News Shipbuilding may release to EAP or to the provider of rehabilitation services, as applicable, all information and records relating to your employment with Newport News Shipbuilding, including, but not limited to, information and records relating to your referral to EAP.

7. You will be discharged immediately if any of the following occurs:
   a) You fail to cooperate fully with the prescribed treatment program.
   b) You violate Newport News Shipbuilding policies, procedures, or work rules.
   c) You fail to report to the Medical Department or its designee to provide a specimen of blood/breath/urine within the prescribed time when so directed.
   d) You refuse to provide a specimen.
   e) Your specimen tests positive for use of a controlled substance and/or alcohol. "Controlled substance" shall be any drugs as listed in Schedule I through V of the Controlled Substance Act, 21 U.S.C. 812.
   f) You falsify or attempt to falsify a specimen.
   g) You fail to pass drug /alcohol screens while in the treatment program or fail to attend scheduled treatment.

By your signature below, you agree to the following:
   a) I understand I will be responsible for any costs for my counseling and/or rehabilitation not covered by my health insurance.
   b) I have read and fully understand the contents and purpose of this memorandum, which sets forth the conditions I must meet to continue my employment with the Company.
   c) Nothing in this memorandum alters my status as an at-will employee and I understand that the Company retains the right to terminate my employment at any time with or without cause.
   d) Due to the nature of your violation of Company regulations, adverse information will be submitted to the JPAS system (DOD/DOE) if you currently have a Security Clearance on record or are being processed for a Security Clearance. You recognize and understand that should you lose or fail to obtain your Security Clearance, it may result in the termination of your employment.

_____    _____1/8/24_____
Employee Signature                              Date

_____    _____110706_____
Employee Name (Print Full Name) & Personnel Number (PERNR)

_____    _____1/8/2024_____
Human Resources (Print Full Name & Signature)     Date