Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
PO Box 13480
Philadelphia, PA 19176

Phone: (877) 367-7781
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**
**Web Access Code: 51691**

January 9, 2024

Kitron A Wedding
958 Holbrook Dr
Newport News, VA 23602

Claim No.: 13442904
Claimant: Kitron A Wedding
Plan No.: 51691
Employer Name: HII

Dear Kitron A Wedding:

Thank you for letting us know about your absence from work. We have important information to share about your Short Term Disability (STD) and Leave of Absence request.

## WHAT YOU NEED TO KNOW

- Your last work day is reported as December 19, 2023.
- **STD** provides you with income replacement while you are disabled under the terms of your employer's STD benefits plan.
- **Leave of Absence** refers to time away from work during which you may be eligible for federal, state or company leaves(s). Details about your Leave of Absence status are attached to this letter.
- If you have provided your healthcare provider's contact information, Prudential will fax a medical certification to them to obtain information to support your claim.
- Medical information must be provided by the due dates below:
  - For your STD benefits, Prudential must receive the documentation by February 8, 2024.
  - For your Leave of Absence, Prudential must receive the documentation by February 8, 2024.
- Information used to evaluate your STD claim may also be used to evaluate your Leave of Absence.
- Please be aware that failure to submit the required documentation may result in the delay or denial of your benefits and/or leave request.
- Direct deposit has been set up for your account number ending in 2741.

## WHAT YOU NEED TO DO

- ☐ Make sure Prudential receives the completed medical certification form by the dates indicated above. We suggest you contact your physician to verify they have received, completed and returned the form.
- ☐ Contact Prudential and your Supervisor if you are unable to provide the required medical information or need to make a change to your leave of absence.
- ☐ Complete the attached medical authorization to release information to Prudential.

## Other Information

*Please note, calls from Prudential Claim Managers will show as a "973" area code number.*



## HOW TO PROVIDE INFORMATION TO PRUDENTIAL

- *You can visit us online at www.prudential.com/mybenefits in order to:*
  - *upload completed forms;*
  - *opt in to receive electronic communications;*
  - *check the status of your claim;*
  - *review the time that will be counted against your leave entitlement;*
  - *review the total remaining time you have available;*
  - *add time to an existing claim;*
  - *report a return to work;*
  - *view other claim details.*
  - *If this is your first time logging on to our website, your web access code to register online is 51691.*
- *You can mail completed forms to the address noted above;*
- *You can fax completed forms to (877) 889-4885; or*
- *You can call (877) 367-7781 and provide the information through our automated phone system. Our normal office hours are 8:00 a.m. to 8:00 p.m., Eastern time.*

## ADDITIONAL INFORMATION FROM YOUR EMPLOYER

Your employer has requested that we provide the following information. If you have any questions regarding the below information, please contact your employer.

HII allows you to choose whether to use available accrued paid time off (PTO) while taking an unpaid leave of absence under the Family and Medical Leave Act (FMLA). In order to use PTO during a leave under FMLA, your employer requires you to comply with their normal paid leave policies.

HII requires you to maintain your portion of your healthcare insurance premiums. You will be invoiced separately for your benefits including medical insurance premiums from HII Benefits Center. Failure to make these payments on time may result in a lapse in your health benefits. Contact HII Benefits Center at (877) 216-3222 for questions or if you have not received an invoice.

If you are on leave for your own serious health condition, you may be required to provide your Supervisor with a medical certification of fitness to return to work. If you do not provide this certification, you may not be approved to return to work.

HII expects you to follow HII/NNS instructions on reporting an absence. This includes time away from work due to an approved Family Medical Leave. HII also requests that you maintain contact with your Supervisor and provide updates on your absence or period of absence. You may contact Leave of Absence (757) 688-3800 if you have questions on reporting your absence to them.

In addition, as part of your benefit package, your employer offers you benefits that are made available to you by third parties some of which are described below. These benefits are not provided by Prudential or its affiliates. Access to these products, services, seminars and tools are not conditioned upon the enrollment or purchase of insurance or retirement products or services from any Prudential company.

Please be sure to take advantage of all benefits provided by your employer, including your employee assistance program. Your EAP provider is HII Employees Reach Out (HERO). You may contact HERO either by phone at (855) 400-9185 24 hours a day or on the web at www.hiihero.com. Please use the log-in code: Huntington Ingalls.

Thank you for your prompt attention. We wish you well during your absence.



Sincerely,

*Prudential*

Attachments

Certification-Disability and Medical Leave
Disability Claim Fraud Warnings v2
Employee Rights & Responsibilities under FMLA v2
Integrated FAQ W/EFT
Medical Authorization Standard v3
NeuroFlow Services Flyer v1

Leave of Absence Information



## LEAVE OF ABSENCE INFORMATION

You meet the eligibility requirements for the leave type(s) listed in the table below:

| Leave Type | Eligibility Start Date |
|---|---|
| Federal Family Medical Leave | 01/02/2024 |

HII's Family and Medical Leave of Absence (FMLA) is calculated on a 12 month period measured backward from each date the employee uses any FMLA leave.

The following leave of absence time you requested is currently pending. This means that while you are eligible for leave of absence, we have not made a determination whether the time you requested will be approved. We will notify you by mail once our determination is made.

| Leave Type | Begin Date | End Date | Reason |
|---|---|---|---|
| Federal Family Medical Leave | 01/02/2024 | 03/29/2024 | Medical Certification |
| Federal Family Medical Leave | 01/02/2024 | 03/29/2024 | Review/Late Notification |



RON GRETT, LLC, LCSW

739 THIMBLE SHOALS BLVD
BUILDING 700; SUITE 704, BOX 7
NEWPORT NEWS, VA 23606

EAP, Addiction,
Individual, Workplace          Phone: 727-316-5666
Issues & Couples Counseling    Email: RGRETTLLC@gmail.com

**Newport News Shipbuilding**

**Carrie Allen**
HR Business Partner

4101 Washington Avenue
Newport News, VA 23607
Telephone  (757) 688-7992
Fax        (757) 380-2220
Mobile     (757) 618-8218
Carrie.S.Allen@hii-nns.com

**A DIVISION OF HUNTINGTON INGALLS INDUSTRIES**



 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19176
Tel: 877-367-7781  Fax: 877-889-4885
www.prudential.com/forphysicians

## Certification of Health Care Provider for Employee's Serious Health Condition for Disability and Medical Leave

**1**

First Name: K I T R O N          MI: A          Last Name: W E D D I N G          Claim Number: 1 3 4 4 2 9 0 4

Social Security Number          Date of Birth (MM DD YYYY)          Employee Phone Number          Mobile Phone

Gender          Female          Male

Employer's Name

For disability purposes, have this certification completed by a doctor
By the signature below, I give permission to my provider to clarify info
understand that the required information, if not provided by the due d[...]ed within this document. I

X

Employee Signature (Explain relationship if other than patient.)

**2** For disability purposes, this certification must be completed [...]t be provided by the
treating provider. Documentation must be provided in Englis[...]h written statements to
this form if more space is needed. Your signature is required [...]

Your patient has requested Medical Leave and his/her company's di[...]questions seek a response
as to the frequency and length of a condition, treatments, etc. Your [...]experience, and examination
of the patient. Be as specific as you can; terms such as "Lifetime," "[...]e or disability payment
coverage. Without sufficient medical fact, this form will be returned [...]

**Which of the following best describe your patient's medical** [...]

Injury

Illness

Pregnancy          Estimated Delivery Date          Actual Delivery Date          (MM DD YYYY)

**Date when significant loss of function occurred** (MM DD YYYY)

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?          Yes          No

If yes, provide name and address of hospital:

Date Admitted (MM DD YYYY)

Date Discharged (MM DD YYYY)

First Visit (MM DD YYYY)          Last Visit (MM DD YYYY)          Next Visit (MM DD YYYY)

**Dates you treated the patient for this condition:**

Are there any other treating providers or consultants involved in your patient's care?          Yes          No

**Other Treating Providers or Consultants:** If there is more than one Other Treating Provider or Consultant, please use an additional page to provide their information.

First Name          Last Name

Specialty          Telephone Number

GL 2010 195    Ed. 11/2023



* 6 9 1 8 0 C 0 1 *

Continued on Page 2          Page 1 of 4

[Handwritten note on sticky note:]
Grett is making susp
claims that I am having

Needs me to talk to
a ~~prite~~ psychiatrist
will talk with one here or
at the Hampton MH Ass


## Prudential

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19176
Tel: 877-367-7781  Fax: 877-889-4885
www.prudential.com/forphysicians

## Certification of Health Care Provider
## for Employee's Serious Health Condition
## for Disability and Medical Leave

| First Name | MI | Last Name | Claim Number |
|---|---|---|---|
| K I T R O N | A | W E D D I N G | 1 3 4 4 2 9 0 4 |

**3**

Failure to complete this section will not impact your patient's rights for medical leave. All information provided will be taken into consideration for the disability benefit and medical leave purposes.

Clinical Diagnosis    **ICD Code is Required**

Primary:

Secondary:

Secondary:

If patient had surgery, please provide the date and procedure details on the line below.

Date of Surgical Procedure (MM DD YYYY)

Do you feel the claimant is competent to endorse checks and direct the use of proceeds?    Yes    No

In the space provided below, please describe relevant medical facts, if any, related to the condition for which the employee seeks leave from work (i.e., diagnosis, pregnancy complications, symptoms, or any regimen of continuing treatment such as the use of specialized equipment)

Relevant tests and surgical procedure(s) other than listed above – Provide specific details, including dates of all procedures

Was medication, other than over-the-counter medication prescribed?    Yes    No    If yes, please provide medications prescribed.

Current treatment plan and prognosis

Were you provided with a job description for your patient, or did you discuss the essential functions of their job?    Yes    No
During their absence, what job function(s) is/was your patient unable to perform due to this medical condition?

Are there any non-medical factors which have a significant impact on functional abilities (i.e., interpersonal, financial, family)?

GL 2010 195    Ed 11/2023

Continued on Page 3.    Page 2 of 4

* 6 9 1 6 C C 0 2 *



# Prudential

## Group Disability Insurance

### Certification of Health Care Provider
### for Employee's Serious Health Condition
### for Disability and Medical Leave

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19176
Tel: 877-367-7781  Fax: 877-889-4885
www.prudential.com/forphysicians

| First Name | MI | Last Name | Claim Number |
|---|---|---|---|
| K I T R O N | A | W E D D I N G | 1 3 4 4 2 9 0 4 |

**Return To Work Details**

Is your medical opinion does the patient have:
Full time work capacity (8 hours, 5 days per week)?   Yes   No   If yes, what is the RTW Date (MM/DD/YY)

Part-time transitional work capacity?
If yes, what are the start and end dates   Yes   No   If yes, _____ hours, _____ days per week

Start Date (MM/DD/YY)   End Date (MM/DD/YY)

---

**INTERMITTENT ABSENCE DETAILS** For approximately how long will your patient need the intermittent "time away from work"? An estimate must be provided. Provide an estimate of the frequency and the duration of related incapacity or scheduled appointments that the patient may have.

Start date (MM/DD/YY) [ ][ ][ ][ ][ ][ ]   End date (MM/DD/YY) [ ][ ][ ][ ][ ][ ]

1. **Will the patient require follow-up treatments, including any time for recovery?**  ☐ Yes  ☐ No   If yes, please provide the following details.
   • Estimate treatment schedule. If any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period.

   _____

   • Explain the care needed by the patient, and why such care is medically necessary.

   _____

2. **Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activity?**  ☐ Yes  ☐ No
   If yes, please provide the following details.
   • Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have.

   FREQUENCY _____ # Time(s) per ○ week, or ○ month, or ○ year (CHECK ONLY 1)
   DURATION _____ # hour(s) or _____ # full day(s) per episode

   **Example:**
   FREQUENCY **3** # Times per ○ week, or ☒ month, or ○ year (CHECK ONLY 1)
   DURATION _____ # hour(s) or **2** # full day(s) per episode

   Does the patient need care during these flare-ups?  ☐ Yes  ☐ No   If yes, please provide the following details.
   • Explain the care needed by the patient, and why such care is medically necessary.

   _____

**REMINDER:** Include necessary time for travel. "Lifetime," "Unknown," or "As Needed," or the like will be returned as incomplete information.

GL 2010 185   Ed 11/2023



Continued on Page 4.   Page 3 of 4

## Prudential

### Certification of Health Care Provider for Employee's Serious Health Condition for Disability and Medical Leave

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19176
Tel: 877-367-7781  Fax: 877-889-4885
www.prudential.com/forphysicians

| First Name | MI | Last Name | | Claim Number |
|---|---|---|---|---|
| K I T R O N | A | W E D D I N G | | 1 3 4 4 2 9 0 4 |

Provider First Name

Provider Last Name

Provider Area of Specialty (i.e., General Practitioner, Oncologist, Obstetrician)

**Note: This information is not required to certify leave under the federal FMLA, but may be required to certify leave under specific State leave laws.**

Provider License Number or NPI Number

State or country (if not U.S.A) in which provider is licensed to practice

Office Phone Number

Office Fax Number

Office Address

Suite

City

State

ZIP Code

### Please Read

**GINA Disclaimer:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Fraud Notice:** Any person who knowingly and with intent to injure, defraud, or deceive any insurance company or other person, or knowing that he is facilitating commission of a fraud, submits incomplete, false, fraudulent, deceptive or misleading facts or information when filing an insurance application or a statement of claim for payment of a loss or benefit commits a fraudulent insurance act, is/may be guilty of a crime and may be prosecuted and punished under state law. Penalties may include fines, civil damages and criminal penalties, including confinement in prison. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant or if the applicant conceals, for the purpose of misleading, information concerning any fact material thereto.

I have read and understand the terms and requirements of the fraud notice and disclaimer. I certify the above statements are true.

I understand for disability purposes, this certification must be completed by a doctor as defined in the group contract.

Date Signed (MM DD YYYY)

X _____

Treating Provider

© 2023 Prudential Financial, Inc. and its related entities.

Prudential, the Prudential logo, and the Rock symbol are service marks of Prudential Financial, Inc. and its related entities, registered in many jurisdictions worldwide.

GL 2010.195    Ed 11/2023



20699666        Page 4 of 4

**RON GRETT, LLC, LCSW**
**739 THIMBLE SHOALS BOULEVARD**
**BUILDING 700; SUITE 704; BOX 7**
**NEWPORT NEWS, VA 23606**
**PHONE: 757-310-6666**
**RGrettLLC@gmail.com**

972 area code

833 494
1141

## HII-NNS SHORT-TERM DISABILITY PROCEDURE

**USE THIS SCRIPT WHEN YOU TALK TO A REAL PERSON AT PRUDENTIAL SHORT-TERM DISABILITY. PRUDENTIAL'S PHONE: 800-842-1718 FAX: 877-889-4885.**

MY NAME IS _____ AND I WORK FOR HUNTINGTON INGALLS INDUSTRIES/NEWPORT NEWS SHIPBUILDING. I AM A **MANDATORY EAP** (EMPLOYEE ASSISTANCE PROGRAM) **REFERRAL FROM MY EMPLOYER AND I NEED TO OPEN A NEW CLAIM.**

I HAVE HAD MY INITIAL SESSION WITH RON GRETT, LCSW (HII-NNS EAP TREATMENT PROVIDER). PLEASE PROVIDE ME WITH A **CLAIM NUMBER** SO THAT I CAN GIVE THE CLAIM NUMBER TO RON GRETT, LCSW. MR. GRETT WILL EMAIL YOUR MANAGEMENT THE ATTENDING PHYSICIANS STATEMENT THAT YOU REQUIRE TO PROCESS MY SHORT-TERM DISABILITY.

CLAIM #____ 1 3 4 429 04 _____

IF YOU NEED TO TALK TO SOMEONE AT THE HII-NNS LEAVE OF ABSENCE DEPARTMENT: DIAL: 757-688-3800 OR 866-667-5627: THIS MAY BE TO REPORT YOUR CURRENT STATUS OR TO RECEIVE ANY FURTHER INSTRUCTION OR IF YOU HAVE ANY FURTHER QUESTIONS ABOUT YOUR SHORT-TERM DISABILITY.

HERE IS HII-NNS BENEFITS DEPARTMENT IF YOU NEED INFORMATION ABOUT YOUR BENEFITS: 757-380-2268 OR 800-442-1108 OR 877-216-3222.

HERE IS ANTHEM ON SITE: 757-688-8323 IF YOU NEED INFORMATION ABOUT YOUR ANTHEM BC/BS MEDICAL INSURANCE.

HOURLY EMPLOYEES CALL-IN LINE (ONCE PER WEEK): 757-688-9191 OR 800-973-6655.

# Medical Leave Checklist

# Salaried Short-Term Disability (STD) Benefits

This checklist provides guidance on **time charging, paying for your benefits and returning to work. Keep this information for your reference.**

| | |
|---|---|
| ✗ | **Your Responsibility to Notify Your Manager**  Of the upcoming dates of medical leave and providing updates of the duration of your leave and date of your return to work. |
| ✗ | **Contact Prudential - Disability Administrator**  Call (757) 688-3800 Option #1 or go on-line www.prudential.com/mybenefits with updates of your claim including returning to work date. Follow Prudential's instructions to ensure prompt administration. |
| | **Time Charging during the Elimination Period**  The elimination period is the time period (up to 7 days) before short-term disability is paid. You may choose Short Term Disb/PTO (0672) or Short Term Disb/Dock (0471) absence type for regularly scheduled work days during this period. Note: Holiday Pay: If Dock is used before or after a holiday, you will not receive holiday pay. |
| | **Time Charging if No Elimination Period**  If Prudential notifies you there is no elimination period, Short Term Disb/Unpaid (0473) beginning on the 1st day of your medical (short-disability) leave. |
| | **Time Charging during Approved Period**  Approved period are the dates you have been approved for payment of your short-term disability. Use Short Term Disb/Unpaid (0473) absence type for this period. |
| ✗ | **Benefits and Continuing Your Coverage**  Read the attachments listed below to ensure your benefits continue while out on leave. |
| ✗ | • **ATTACHMENT - Overview of Benefits While on a Medical Leave** provides information on your disability benefit and impact to other benefits while on medical leave. |
| ✗ | • **ATTACHMENT - Paying for Your Benefits While Out on Medical Leave** provides instructions on how to continue medical coverage and other selected benefits. Contact the Huntington Ingalls Benefit Center (HIBC) at (877) 216-3222 for questions. |
| | **Returning to Work**  Follow the instructions listed below to ensure timely coordination of your return to work and benefit processing. |
| | • Contact Prudential with the date your doctor has authorized you return to work |
| | • **ATTACHMENT – NNS Returning to Work from a Personal Medical Leave** provides instructions on returning to work to NNS. **Review this document to determine if you will be required to report to the NNS clinic for an evaluation.** |
| | • **ATTACHMENT – NN9506 R2 Release to Work Certification/Work Restrictions Form** must be completed by your medical provider. Ensure you have clear return to work instructions and additional medical documentation if a clinic evaluation is required. |
| | Email LeaveofAbsenceAdmin@hii-nns.com or call 688-3800 Option 3 for questions. |
| | **FMLA**  • Prudential is plan administrator for FMLA which runs concurrently to short-term disability. Contact your Prudential claim manager for questions on FMLA. |
| | **Additional Information:** |

*handwritten annotations:* Medical leave end date  Mar 31 24

# Returning to Work Checklist from a Personal Medical Leave

|  |  |
|---|---|
| | <ul><li>Return to Work with Work Restrictions (includes working reduced hours at NNS and wearing of any durable medical equipment, such as crutches, splints, etc.)</li><li>Following a seizure disorder</li><li>Following treatment or surgery for a heart-related condition</li><li>Following cancer surgery not to include skin cancer surgery; however, if Radcon qualified, any diagnosis of cancer</li><li>Following ambulance transport from work for emergency treatment</li><li>Following significant musculoskeletal injury (i.e., back, neck, joint and ligament surgeries)</li><li>Hospitalization of three (3) or more days, excluding birth of a child</li></ul>***Company reserves the right to require a medical evaluation for any medical absence.** |
| | **Documentation Required to bring to NNS Clinic for Evaluation**<br>*You are responsible for any fees associated with obtaining this information.*<ul><li>Diagnosis</li><li>Office notes, dictation and/or a clinical summary: **Note:** this is **not** the discharge summary provided to you at the end of your doctor appointment.  Ask the staff at your doctor's office for this information.  You may be required you to sign a **Records Release** in order to obtain.  This information is typically available the next business day from your doctor.</li><li>If hospitalized, the discharge summary</li><li>Emergency Room - if you were seen at any emergency room, you will need the same documentation listed above to return to work.  If the hospital will not provide this information to you, you will need to be cleared by your primary care physician or specialist (if they referred you to one) before you will be allowed to return to work.</li><li>If surgery was performed, the operative report</li><li>Diagnostic study results, such as MRI, CT scans, X-rays and EMG reports</li><li>Work restrictions documented on form NN 9506 Release *to Work Certification / Work Restrictions* or equivalent</li><li>If you are a radiation worker and were given a radioisotope for diagnostic studies or therapeutic treatments, the isotope identification and dose. Residual isotopes can interfere with the operation of sensitive radiation monitoring instruments in the workplace.</li></ul> |
| | **Returning To Work With Restrictions** |
| | <ul><li>In addition to a clinic evaluation; a LOA Return to Work Coordinator will contact your manager to confirm work availability based on the restrictions.</li><li>Response time will be dependent on the accessibility of your management and LOA.</li></ul> |



H11- NNS policy that you be evaluated and cleared to return to work by a psychiatrist

NN 9506 (REV 2)

 Newport News Shipbuilding
A Division of Huntington Ingalls Industries

## Release to Work Certification/Work Restrictions

### PART 1 - Employee to Complete

| | | | |
|---|---|---|---|
| PRINTED NAME | DATE OF BIRTH (mm/dd/yyyy) | PERNR | NNS CASE NUMBER |

### PART 2 - Health Care Provider to Complete

OUT OF WORK FROM _____ through _____ RELEASED TO WORK ON _____
                   (mm/dd/yyyy)              (mm/dd/yyyy)                              (mm/dd/yyyy)
*It is expected that the return-to-work date will be the next calendar day after the through date.

PERTINENT BODY PART(S): _____

☐ TEMPORARY RESTRICTIONS STARTING ON _____ CONTINUING THROUGH _____
                                       (mm/dd/yyyy)                         (mm/dd/yyyy)

☐ PERMANENT RESTRICTIONS STARTING ON _____
                                      (mm/dd/yyyy)

**Your patient works in a dynamic shipbuilding environment and will be required to work with and around hazardous machinery, at heights and/or in confined spaces, and to climb vertical and/or inclined ladders. Below, please indicate which activities are allowed and which activities require restrictions or are not allowed.** *Please check a box for EVERY activity listed below.*

LIFTING (floor to chest): _____ lbs. _____ ft.   ☐ LIFTING NOT ALLOWED
                          Max weight able to lift   Max distance weight may be carried

| | ACTIVITY ALLOWED WITHOUT RESTRICTION | FREQUENTLY (2.5-5.0 hrs) | TO/FROM JOBSITE ONLY | ACTIVITY NOT ALLOWED |
|---|---|---|---|---|
| **CLIMBING:** | | | | |
| Vertical ladders.................................................. | ☐ | ☐ | ☐ | ☐ |
| Inclined ladders................................................. | ☐ | ☐ | ☐ | ☐ |
| Stairs.................................................................. | ☐ | ☐ | ☐ | ☐ |

| | ACTIVITY ALLOWED WITHOUT RESTRICTION | FREQUENTLY (2.5-5.0 hrs) | OCCASIONALLY (0.5-2.5 hrs) | ACTIVITY NOT ALLOWED |
|---|---|---|---|---|
| Crawling............................................................. | ☐ | ☐ | ☐ | ☐ |
| Kneeling............................................................. | ☐ | ☐ | ☐ | ☐ |
| Squatting............................................................ | ☐ | ☐ | ☐ | ☐ |
| Bending.............................................................. | ☐ | ☐ | ☐ | ☐ |
| Standing............................................................. | ☐ | ☐ | ☐ | ☐ |
| Walking _____ Time _____ Distance | ☐ | ☐ | ☐ | ☐ |
| Twisting.............................................................. | ☐ | ☐ | ☐ | ☐ |
| Push/pull-hand arm    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |
| Simple grasp-hand    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |
| Firm grasp-hand    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |
| Use of vibratory tools    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |
| Foot controls    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |
| Work above shoulder    ☐Right ☐Left ☐Both | ☐ | ☐ | ☐ | ☐ |

Avoid repetitive motion of_____

Avoid operation of motor vehicles (specify type: car, tractor, crane, etc.)_____

Any other restrictions/Durable medical equipment/comment: _____

| | | | |
|---|---|---|---|
| Physician Name (PRINT) | Physician Name (SIGN) | Telephone Number | Date (mm/dd/yyyy) |

## Overview of Benefits in Connection with an Approved Medical Leave of Absence

The following charts describe in general terms the expected treatment of benefits if you are a non-represented employee and take a leave of absence for medical reasons. The actual terms of Huntington Ingalls benefits plans are contained in the Huntington Ingalls Summary Plan Descriptions and plan documents. Please note that this Overview addresses multiple Huntington Ingalls benefit programs, some of which may not apply to you.

**Health and Welfare Benefits***
If you take a leave of absence for medical reasons, including a work-related leave (i.e., workers' compensation), your benefits may continue for a maximum of two years from your last day of work. If you are receiving a paycheck from Huntington Ingalls, your regular contributions will continue. When you go on unpaid leave (i.e., you are not receiving a paycheck from Huntington Ingalls Payroll), your business unit will continue to pay its share of the premium for your benefits, but you will be required to make monthly contributions as benefit deductions are not made from your disability check. Here is how each of your benefits will be affected:

| Benefit Option | What Happens During a Medical Leave of Absence |
|---|---|
| **Medical, Dental, Vision** | Coverage continues for the duration of your approved leave, up to the two-year maximum, as long as you continue to pay your contributions (contributions are waived if long-term disability benefits are approved); you can make changes during annual enrollment. COBRA may be elected when coverage ends. |
| **Health Care Flexible Spending Account (FSA)** | Coverage continues for the duration of your approved leave, up to the two-year maximum, as long as you continue to pay your contributions. COBRA may be elected when coverage ends. |
| **Dependent Day Care Flexible Spending Account (FSA)** | Coverage continues for the duration of your approved leave, up to the two-year maximum, as long as you continue to pay your contributions. COBRA may be elected when coverage ends. |
| **Basic Life Insurance** | Coverage continues for the duration of your approved leave, up to the two-year maximum. When coverage ends, you may choose to convert to an individual policy within 31 days. |
| **Optional Life Insurance (employee, spouse, child)** | Coverage continues for the duration of your approved leave, up to the two-year maximum, as long as you continue to pay the required premium. When coverage ends, you may choose conversion or portability within 31 days. |
| **Basic Accidental Death and Dismemberment (AD&D)** | Coverage continues for the duration of your approved leave, up to the two-year maximum. When coverage ends, you may choose to convert to an individual policy within 90 days. |
| **Optional Accidental Death and Dismemberment (AD&D)** | Coverage continues for the duration of your approved leave, up to the two-year maximum, provided you make required contributions. When coverage ends, you may choose to convert to an individual policy within 90 days. |
| **Basic Short-Term Disability (STD)** | Coverage continues for the duration of your approved leave, up to six months. |
| **Optional Short-Term Disability (STD)** | Coverage continues for the duration of your approved leave, up to six months. Contributions are due during the first six months of disability while receiving STD payments. |
| **Basic and Optional Long-Term Disability (LTD)** | Coverage continues for the duration of your approved leave, up to the two-year maximum or until a long-term disability (LTD) benefit is approved. If an LTD benefit is approved, benefit payments continue up to the limits of the LTD plan. |

| Benefit Option | What Happens During a Medical Leave of Absence |
| --- | --- |
| **Other voluntary benefits:** Group Legal, Critical Illness, Hospital Indemnity, Accident Insurance | Coverage continues for the duration of your approved leave up to the two-year maximum, provided you make required contributions. You may be able to continue coverage after by making payments directly to the carrier. |

*\* **Note** - NNS salaried employees and dependents have access to a free virtual care program called **Maven** for fertility, pregnancy, postpartum, adoption, surrogacy and returning to work after parental leave.  Please read the Maven flyer in your LOA packet to learn how you and/or your dependent can sign up for this benefit.*

**Pension Benefits**

If you are a participant in the Huntington Ingalls Cash Balance Plan, in general, if you take a medical leave of absence, your benefit will continue to earn monthly pay-based and interest credits, and you will continue to earn credited and vesting service for a maximum of two years.

**Savings Plan Benefits**

| Provision | What Happens During a Medical Leave of Absence |
| --- | --- |
| Your Contributions and Company Matching Contributions | Employee contributions and company matching contributions cease if you are no longer receiving a paycheck from Huntington Ingalls. |
| Retirement Account Contributions (for new hires between 7/1/08 to 6/30/21, in lieu of a pension benefit) | Retirement Account Contributions cease if you are no longer receiving a paycheck from Huntington Ingalls. |
| Loans | If you are receiving a paycheck from Huntington Ingalls and your pay is sufficient to make loan repayments, repayments continue to be made through automatic payroll deductions. <br><br> If you take an approved leave of absence and are no longer receiving a paycheck from Huntington Ingalls, loan repayments are suspended unless you elect to continue making regular monthly repayments by personal check, certified check, cashier's check, or money order.  You should contact the Huntington Ingalls Benefits Center to make arrangements to pay regular monthly repayments. <br><br> If you do not continue making regular loan repayments, your payments are suspended for a maximum of 12 months or for the actual length of the leave of absence (whichever is less). The loan will be reamortized when you return from your leave or when the payment suspension ends so that payments are completed within the loan's original term. In addition, interest continues to accrue during your leave of absence. <br><br> If you are not receiving a paycheck from Huntington Ingalls, you may not apply for new loans. |

---

**Questions**

For more details regarding your benefits from Huntington Ingalls, call the Huntington Ingalls Benefits Center (HIBC) at 1-877-216-3222 (outside the U.S.: 408-916-9765) to speak with a benefits service representative. Benefits service representatives are available to assist you Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern time (excluding holidays). If you are hearing impaired, you will need to use a relay service through your TTY/TDD service provider.

*This document includes highlights of important information regarding the Huntington Ingalls Benefits Program. Complete details about the Program are contained in the legal plan documents that govern plan operation and administration. If there is a discrepancy between the information provided in this document and the provisions of the plan documents, the plan documents will govern. Huntington Ingalls reserves the right in its sole discretion to terminate, suspend, withdraw, amend, or modify any Plan, or any benefit or cost sharing arrangement under any plan, at any time and for any reason (subject to any relevant collective bargaining agreement.)*



---

## NNS Agreement - K WEDDING

1 message

**Allen, Carrie S.** <Carrie.S.Allen@hii-nns.com>                                  Thu, Feb 22, 2024 at 7:07 AM
To: kwedding94@hotmail.com <kwedding94@hotmail.com>

Mr. Wedding,

Attached is the signed copy of the Last Chance Memorandum with Conditions Governing your Continued Employment with Newport News Shipbuilding (NNS). This form, dated 1/8/2024, is applicable to your mandatory referral to the NNS Employee Assistance Program provider, Ron Grett.  Please continue to work with Mr. Grett to develop a treatment plan that is in alignment with the requirements that have been established by the NNS Medical Director.  Please reach out to me with any questions.


Regards,
Carrie


**Carrie S. Allen, PHR**

Human Resources Manager

Newport News Shipbuilding, a division of HII

(757) 688-7992 office

(757) 618-8218 cell

carrie.s.allen@hii-nns.com





*Privacy Notice:  This communication and any attachments may contain private, proprietary or privileged and confidential information for the use of the designated recipients named above.  If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any retaining, review, disclosure, dissemination, distribution or copying of it or its contents is prohibited.  If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer.  Thank you.*

---

📄 **EAP Agreement K WEDDING 1.8.2024.pdf**
67 KB

7/10/24, 8:32 PM                                      Gmail - Psychiatrist appointment



                                                                          **Ron** <kwedding94@gmail.com>

## Psychiatrist appointment
10 messages

---

**Ron** <kwedding94@gmail.com>                                          Mon, Feb 19, 2024 at 1:42 PM
To: rgrettllc@gmail.com

Hello,

I have an appointment with my psychiatrist, Dr. Nixon, at Hampton Mental Health Associates on March 14th.
Let me know what information I need to give her to appease the requirements and I'll get right on it. In the mean time it
has been longer than a year since I have seen her so it must be an initial appointment and I'll be filling out patient intake
forms this week.

Thanks and happy president's day!
Kitron wedding

---

**Ron** <kwedding94@gmail.com>                                          Tue, Feb 20, 2024 at 5:38 AM
To: rgrettllc@gmail.com

Hey that voicemail got corrupted so all I got was you attempting to claim Dr. Nixon was not a Doctor. She has a doctorate
degree and does practice at Hampton Mental health associates. Be sure to get back to me here as it is a more reliable
and traceable form of communication in case this ends up going public or into court.
[Quoted text hidden]

---

**Ron Grett** <rgrettllc@gmail.com>                                      Tue, Feb 20, 2024 at 8:08 AM
To: Ron <kwedding94@gmail.com>

It is HII-NNS policy that you be evaluated and cleared to return-to-work by a psychiatrist. The person that you mentioned
is not a physician. I can schedule you with Dr. Cunningham, M.D. As far as the Court is concerned. You need to do
whatever you think is best for you. So let me know what you decide so that you can comply with recommendations by the
end of the week. I am sure there was nothing wrong with the message that I left you. Best
[Quoted text hidden]

---

**Ron** <kwedding94@gmail.com>                                          Wed, Feb 21, 2024 at 1:05 PM
To: Ron Grett <rgrettllc@gmail.com>

Send me the paperwork that I need to fill out with the psychiatrist of my choosing.
[Quoted text hidden]

---

**Ron Grett** <rgrettllc@gmail.com>                                      Thu, Feb 22, 2024 at 5:20 AM
To: Ron <kwedding94@gmail.com>

Let me remind you that your employer referred you to Anthem EAP as a Mandatory EAP referral. You signed a Last
Chance Memo with NNS Human Resources. NNS Medical Department and Anthem EAP are requiring you to be
evaluated and treated by a Psychiatrist. It is required that you be evaluated by Dr. Stephen Cunningham, M.D. Dr.
Cunningham is an excellent psychiatrist with superb clinical skills. He is in private practice. I will schedule the appointment
for you. I need current demographic information from you. If nothing has changed I will use the Holbrook Drive address in
Newport News that you gave me in our first session. Next I will need your Health Insurance information: Member ID and
group number. You can send me a picture of the card if you want to. If you do not have Health Insurance then out of
pocket expense to you would be $250.00 for the initial Consultation. Please provide me with this information no later than
9:00 AM tomorrow 02/23/2024. If you do not follow these instructions your Mandatory EAP case will be turned over to
NNS Human Resources. Ron Grett, LCSW
[Quoted text hidden]

---

**Ron** <kwedding94@gmail.com>                                          Thu, Feb 22, 2024 at 5:46 AM

7/10/24, 8:32 PM                                          Gmail - Psychiatrist appointment

To: Ron Grett <rgrettllc@gmail.com>

[Quoted text hidden]

---

**Ron** <kwedding94@gmail.com>                                    Thu, Feb 22, 2024 at 5:52 AM
To: Ron Grett <rgrettllc@gmail.com>

It cannot be possible for you to dictate who I seek mental health care from and if it is, you need to be extremely specific
with what language allows this and where I agreed. Otherwise please, again, send me the required documentation I need
to have me cleared to return to work by a psychiatrist of my choosing.
[Quoted text hidden]

---

**Ron** <kwedding94@gmail.com>                                    Thu, Feb 22, 2024 at 5:55 AM
To: Ron Grett <rgrettllc@gmail.com>

I do not have insurance.
Use the Holbrook address.
I'm going to keep searching for another psychiatrist.
Make the appointment.
[Quoted text hidden]

---

**Ron** <kwedding94@gmail.com>                                    Tue, Feb 27, 2024 at 11:09 AM
To: Ron Grett <rgrettllc@gmail.com>

This guy has 2.2 stars on Google and terrible reviews. 2.6 on Healthgrade and Healthline, 2.3 on WedMD doctors, and an
embarrassing 1.5 on yelp. What makes you so sure he's more qualified than a psychiatrist of my choosing or anyone
else? Is there some sort of nepotistic cronyism occuring?

Tried to make an appointment today, no dice.
[Quoted text hidden]

---

**Ron Grett** <rgrettllc@gmail.com>                               Tue, Feb 27, 2024 at 11:48 AM
To: Ron <kwedding94@gmail.com>

Please do not contact me anymore. Your Mandatory EAP case has been turned over to HII-NNS Human Resources. If
you have any further questions or inquiries please contact Carrie Allen, HRBP at 757-688-7992.

[Quoted text hidden]

Kitron Wedding

All right. Can you say that again, sorry?

Carrie Allen

Yeah, this is Carrie Allen and human resources at the shipyard. Is this kit.

Kitron Wedding

Yep.

Carrie Allen

Hey, hey, am I catching you at a bad time? You can call me back if you need to.

Kitron Wedding

No this is fine.

Carrie Allen

You good. Okay. All right. So hey, I wanted to let you know that I got a call from Ron Grett this morning. And he had indicated you might need another copy of that form that you and I went over when we met that day in the clinic. Do you need a copy of that memorandum?

Kitron Wedding

Oh, sure. Yeah, Ron is trying to dictate whoever sees mental health care for him. He's trying to say I can only go see Dr. Cunningham, whoever that is. And I just don't understand why I have to see one specific doctor when I can go on find a psychiatrist of my own.

Carrie Allen

So and pardon me, but I don't get into that piece. That is the you know, whatever treatment requirements that are being placed on you are between the medical director, Dr. Apostoles and Mr. Grett, they kind of guide that process. So as far as you know, I would have to refer you back to them if you got questions about the treatment that's being, you know, dictated to you, if you will. But you will have to go through a shipyard provider in order to be cleared to return to work. So it doesn't mean that that's the only person that you have to see. But you will need to follow those guidelines, I think in order to be cleared. But they can advise you on that a little bit better. I just wanted to make sure if you had questions about that form, I do have a copy of it. It's the one that I gave you. I gave you a copy of it when we were together. But I'm happy to send you another if that's helpful for you.

Kitron Wedding

Sure, yeah, send me any applicable documentation. I just am struggling with the idea that these people can dictate who I can see, as far as like, what do you when you say, a shipyard provider? What does that mean?

Carrie Allen

If whoever the shipyard has approved. Now, I believe initially, you had indicated you had someone that you were seeing through the VA.

Kitron Wedding

Sure.

Carrie Allen

But you have to provide that contract information to Mr. Grett. So he can make contact with them verify and ensure that we've got you in a position where we're clear to bring you back into the facility.

Kitron Wedding

Okay, so, so at what point does the person get cleared by the shipyard? Like what what is the requirement for the person to be cleared? Like they have to talk to a doctor or whatever Grett?
Carrie Allen
Yes, you have to work through Ron Grett. And whatever guidelines have been established in- he works in conjunction with our medical director, Dr. Apostoles, they work together to determine what their recommendations are going to be in order to get you cleared to return back to work. So whatever they have advised you, or whatever, Mr. Grett, because he's kind of been your primary point of contact for whatever treatment is, or evaluation is, he's going to advise you on.
Kitron Wedding
Alright, so what you're saying is Okay, back to work. If the provider I choose clears me to go back to work, and it isn't something that is approved by Ron Grett, then it isn't going to count.
Carrie Allen
Yes, that person you have to work in conjunction with Mr. Grett. All right. And then he works with our medical director.
Kitron Wedding
So if you have any, like specific documentation that like lays out that I have to that like they have the ability to dictate who I go see as a, like a mental health professional, please send that over.
Carrie Allen
I will send it and it doesn't mean that that's the only person that you have to see. It just means that you know, there has to be some collaboration on what's going on so that we can make sure that we're good to get you back in here. Also that to remind me what is your email or what is the best email for me to send this to you?
Kitron Wedding
Uh, kwedding94@hotmail.com.
kwedding94@hotmail.com Okay, I am going to send this here in the next few moments. If you have any questions, let me know. And hopefully we can get this all squared away for you very soon. Okay.
Carrie Allen
All right. Thanks so much. All right. Take care, sir. Bye.

Kitron Wedding
Go ahead.
Mandy at Dr. Cunningham office
Okay, so I was giving I was giving giving you a call to get you scheduled with Dr. Cunningham. You said that you were going to pay the self pay fees of 250 for the first appointment is that correct?
Kitron Wedding
Yeah.
Mandy at Dr. Cunningham office
Okay, so we do have to take that at time of scheduling that's why I couldn't schedule with him. But if you'd like I can tell you what I have available and then if you are able to make payment I'll put that in the books and we can get you in right away. Okay.
Kitron Wedding
I can't make payment right now.
Mandy at Dr. Cunningham office
Okay, so do you know when you'll be able to I'd be happy to give you a call back anytime?
Kitron Wedding
When's the appointment supposed to be?
Mandy at Dr. Cunningham office
I can't schedule it until I get you know payment but I can tell you what we have available. I could probably get you in Monday. If you can, you know give me the payment today then I can probably that will still be available this afternoon.
Kitron Wedding
I'm not going to have payment until I have have my new American Express card on the 27th.
Mandy at Dr. Cunningham office
27th okay after that, let me see my next available would be Monday the fourth
I have something on Monday the fourth.
Mandy at Dr. Cunningham office
Okay, the next after that will be Wednesday the sixth?
No, shoot, I'm booked up there too. Whens the... you got anything further out?
Mandy at Dr. Cunningham office
What are you looking at? So it gets more open the farther you go out. So if you just tell me like a time frame, like
Kitron Wedding
You said Wednesday the fifth that's a Tuesday?
Mandy at Dr. Cunningham office
No Wednesday the sixth.
Kitron Wedding
Okay. Um
Mandy at Dr. Cunningham office
I mean, so the best thing for us do at this point is whenever you get the American Express you're waiting on it to give me a call and then we can schedule it then because I have to you know, I can't schedule so I get payment anyway. But after lets see as of today, uh you know, that week of the 10th to the 16th I have a couple of appointments every day that week so they

should still have you know, some availability for you and that going forward. There is not like I won't be able to get you in somewhere. So just as soon as you're able to make payment give me a call back on this number ask for me, Mandy, and I'll get you scheduled and I'll let you know Ron know that we did that okay.
Kitron Wedding
All right. Thank you.
Mandy at Dr. Cunningham office
Okay, you're welcome.