Disability Notifications

The first screenshot documents a text Plaintiff sent to his manager following the discussion they had regarding Plaintiff's anxiety and panic attacks in early 2023 during a performance meeting. "You are aware of and I think you understand the challenges that mental health poses this job and that makes you a better manager." – Plaintiff 2/21/2023



The seciond screenshot documents a text Plaintiff sent to his manager regarding his disability and requesting guidance on how to seek an accommodation. "I'm not able to focus on study based on the amount of talking that happens in the office. I have ADHD and anxiety and can provide documentation for both. I need to be at home to work." "Who can I talk to about accomodations for this that will be more supportive?" – Plaintiff 7/12/25



The following contains quotes or information from a recorded phone call with Ron Grett on 1/23/24 during which he discloses the following:

Asserts Plaintiff sounds like he is experiencing delusions of persecution "a classic case" as a result of a mental break that occurred as the harassment began a year prior. Goes on to discuss how Plaintiff may have been experiencing a mental break for the better part of a year while other areas of life remain relatively unaffected.

Discussion on seeing and him speaking to the psychiatrist at Plaintiff's provider Hampton Mental Health Associates (HMHA) as well as the psychiatrist he sees at Veteran's Affairs.

States that company policy is that Plaintiff must be cleared by a psychiatrist and the medical director to return to work.

When Plaintiff further discussed seeing his normal HMHA provider, Dr. Nixon, (mental health nurse practitioner, PhD) Grett states "You'll never get back to work that way."

Discussion on me seeing "Dr. Cunningham or someone else."

Specifically states: "Well I don't think you're going to get any better without an antipsychotic in place."

"To be honest with you, Kitron, I don't think you're that important." to which plaintiff replies "Right, I don't either!"

"Listen Dr. Aposteles believes you are delusional, I do. I didn't release your name but I ran the information you gave me by one of my colleagues who is a clinical psychologist. He said, 'Ron, no doubt this guy is completely delusional.'" -Ron Grett