Generated: Oct 29, 2025 10:29AM                                                                                                   Page 1/1



# U.S. District Court

## Virginia Eastern - Newport News

Receipt Date: Oct 29, 2025 10:29AM

KITRON WEDDING
LOS ANGELES, CALIFORNIA 90024

| Rcpt. No: 400002247 | Trans. Date: Oct 29, 2025 10:29AM | | Cashier ID: #VP (4163) | |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | 425CV143<br>**FBO**: KITRON WEDDING | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #19-789334585 | 10/28/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

Comments: 425CV143 WEDDING V. HINTINGTON INGALLS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.