# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| KITRON A. WEDDING<br><br>*Plaintiff(s)*<br>v.<br>HUNTINGTON INGALLS INCORPORATED<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-00143-RBS-LRL<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY
## FOR ALL CONFERENCES AND HEARINGS

Plaintiff Kitron A. Wedding, proceeding pro se, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 43(a) and the Court's inherent authority to manage its proceedings, for an Order granting him leave to appear remotely by video or telephone conference for all scheduled conferences, hearings, and proceedings in this matter for the duration of this action or for conferences, hearings, and other non-evidentiary proceedings, subject to further order of the Court. In support of this Motion, Plaintiff states as follows:

1. This motion is based on the compelling grounds of Plaintiff's personal safety, undue hardship, and the interests of justice, as set forth in detail in the accompanying Declaration.

2. Fed. R. Civ. P. 43(a) permits testimony in open court by "contemporaneous transmission from a different location" for "good cause in compelling circumstances."

3. The 'compelling circumstance' required by Rule 43(a) is met by the severe, documented threats to Plaintiff's personal safety detailed in his sworn Declaration. Traveling to and appearing in Virginia would not merely be an inconvenience; it would expose the Plaintiff to danger. This specific, undue hardship constitutes 'good cause' for remote appearance that far outweighs any minimal burden of facilitating a video or telephone link.

4. Remote appearance technology is now commonplace, reliable, and routinely used by this Court. Plaintiff's remote appearance would not disrupt the proceedings or prejudice the Defendant, who would be represented by counsel.

5. Granting this motion will not prejudice Defendant's rights, including the ability to present evidence, conduct cross-examination, or otherwise fully participate in these proceedings.

6. This request is linked to Plaintiff's pending Motion to Transfer Venue. The core allegation of that motion is that Virginia is an unsafe and inconvenient forum. Requiring Plaintiff to appear physically in Virginia for a hearing on that very issue would force him to incur the precise risk

he seeks to avoid, thereby prejudicing his ability to argue for transfer and undermining judicial economy.

7. In the alternative, if the Court prefers to defer a ruling, Plaintiff requests leave to appear remotely for the Initial Pretrial Conference and any hearing on the Motion to Transfer Venue.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant him leave to appear remotely for all proceedings in this action, or in the alternative, for the Initial Pretrial Conference and any hearing on the Motion to Transfer Venue.

Respectfully submitted,

[Date]   2/4/2026

Kitron A. Wedding, Plaintiff Pro Se