EXHIBITS TO DECLARATION

OF

KITRON A. WEDDING

# EXHIBIT 1

Northrop Grumman is a major defense contractor and was the parent company of Newport News Shipbuilding, Plaintiff's prior employer, which later became the core subsidiary of Huntington Ingalls Industries (HII). The two companies share a common historical lineage in the U.S. shipbuilding industry.



**EXHIBIT 2**



## EXHIBIT 3

This exhibit contains true and correct screenshots from the Plaintiff's personal phone, captured on the morning of October 12, 2024, while he was at Los Angeles International Airport (LAX) preparing for air travel.

In a concentrated period of approximately 40 minutes, the application's algorithm generated a list of suggested songs with the following titles:

- Crash and Burn
- Crash Test Dummy
- It Sounded Like an Accident
- Hookup Scene
- Flaw
- The Downfall of Us All

These screenshots are provided as contemporaneous documentation of the incident described in Paragraph 3(c) of the accompanying Declaration. This anomaly occurred during a similar time frame that the Plaintiff encountered the owner of the aforementioned Northrup-Grumman patch.


# EXHIBIT 4

The driver of the semi truck and highway patrol person exchanging information.
Not pictured: relatively little vehicle damage, bumper repaired without issue.



**EXHIBIT 5**

Damage from second vehicle collision.



**EXHIBIT 6**



## EXHIBITS 7 AND 8

A large man accosted the Plaintiff while he was printing legal documents and began physically charging at him upon recording the altercation.


