


LOS ANGELES, CA 90024
FEB 05, 2026

23510

**$8.86**

RDC 99

S2324P502566-02

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

United States District Court
Eastern District of Virginia
Norfolk Division - Clerk's Office
600 Granby Street
Norfolk, VA 23510

Serving you for more than 100 years
United Parcel Service.

  

other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
'). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709   08/21   United Parcel Service