IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KITRON A. WEDDING,** *pro se,*

    Plaintiff,

v.                                Civil Action No. 4:25-cv-143-RBS-LRL

**HUNTINGTON INGALLS INCORPORATED,**

    Defendant.

## DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Huntington Ingalls Incorporated in the above captioned action certifies that the Defendant's parent corporation, Huntington Ingalls Industries, Inc., is a Delaware corporation whose shares are publicly traded on the New York Stock Exchange. There are no other parents, trusts, subsidiaries, and/or affiliates of Defendant that have shares or debt securities outstanding to the public.

Dated: February 11, 2026                  Respectfully submitted,

                                                     By: */s/ Sharon Kerk Reyes*
                                                     Sharon Kerk Reyes (VSB No. 87701)
                                                     Kaufman & Canoles, P.C.
                                                     150 West Main Street, Suite 2100
                                                     Norfolk, VA 23510
                                                     T: (757) 624-3000
                                                     F: (888) 360-9092
                                                     skreyes@kaufcan.com

                                                     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2026, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I will mail the document by First-Class mail, postage prepaid, with a courtesy copy via electronic mail, to the following non-filing user:

>Kitron A. Wedding, *pro se*
>1001 Gayley Avenue Unit # 24724
>Los Angeles, CA 90024
>samphone2025@proton.me
>*Pro Se Plaintiff*

>By: /s/ Sharon Kerk Reyes
>Sharon Kerk Reyes (VSB No. 87701)
>KAUFMAN & CANOLES, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>T: (757) 624-3000
>F: (888) 360-9092
>skreyes@kaufcan.com
>
>*Counsel for Defendant*