**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**KITRON A. WEDDING,** *pro se,*

    **Plaintiff,**

**v.**                            **Civil Action No. 4:25-cv-143-RBS-LRL**

**HUNTINGTON INGALLS INCORPORATED,**

    **Defendant.**

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Huntington Ingalls Incorporated, by counsel, moves for entry of judgment on the pleadings. In support of its Motion for Judgment on the Pleadings, Defendant incorporates by reference and relies upon the arguments and authorities set forth in its Memorandum in Support of its Motion for Judgment on the Pleadings filed together herewith.

Dated:  April 17, 2026                  Respectfully submitted,

                                    By:   */s/ Sharon Kerk Reyes*
                                    Sharon Kerk Reyes (VSB No. 87701)
                                    KAUFMAN & CANOLES, P.C.
                                    150 West Main Street, Suite 2100
                                    Norfolk, VA 23510
                                    T:  (757) 624-3000
                                    F:  (888) 360-9092
                                    skreyes@kaufcan.com

                                    *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of April, 2026, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I will mail the document by First-Class mail, postage prepaid, with a courtesy copy via electronic mail, to the following non-filing user:

Kitron A. Wedding, *pro se*
1001 Gayley Avenue Unit # 24724
Los Angeles, CA 90024
samphone2025@proton.me
*Pro Se Plaintiff*

By:    */s/ Sharon Kerk Reyes*
Sharon Kerk Reyes (VSB No. 87701)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
T:  (757) 624-3000
F:  (888) 360-9092
skreyes@kaufcan.com

*Counsel for Defendant*

2