**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

Kitron A. Wedding,

      Plaintiff(s),

v.

                                               ACTION NO.  4:25cv143

  Huntington Ingalls Incorporated,

      Defendant(s).

## NOTICE

Plaintiff is hereby NOTIFIED that an opposing party has filed a Motion for Judgment on the Pleadings that, if granted, could result in the dismissal of some or all of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file a response opposing the motion **within twenty-one (21) days** of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss some of Plaintiff's claims on the basis of the moving party's papers if Plaintiff does not file a response.

If Plaintiff submits a response, Defendant(s) may file a reply **within six (6) days** after the service of Plaintiff's response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

                                                /s/

Norfolk, Virginia                                 Rebecca Beach Smith

April 20, 2026                      UNITED STATES DISTRICT JUDGE