**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**KITRON A. WEDDING,** *pro se,*

      **Plaintiff,**

**v.**                                                                 **Civil Action No. 4:25-cv-143-RBS-LRL**

**HUNTINGTON INGALLS INCORPORATED,**

      **Defendant.**

## LOCAL CIVIL RULE 7(E) NOTICE

Defendant Huntington Ingalls Incorporated, by counsel, notifies the Court that Defendant's Motion for Judgment on the Pleadings filed on April 17, 2026 (ECF No. 10) is ripe for adjudication on the pleadings. Defendant does not seek a hearing.

Dated:  May 18, 2026                                   Respectfully submitted,

                                              By:     */s/ Sharon Kerk Reyes*
                                              Sharon Kerk Reyes (VSB No. 87701)
                                              KAUFMAN & CANOLES, P.C.
                                              150 West Main Street, Suite 2100
                                              Norfolk, VA 23510
                                              T:  (757) 624-3000
                                              F:  (888) 360-9092
                                              skreyes@kaufcan.com

                                              *Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 18th day of May, 2026, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I will mail the document by First-Class mail, postage prepaid, with a courtesy copy via electronic mail, to the following non-filing user:

> Kitron A. Wedding, *pro se*
> 1001 Gayley Avenue Unit # 24724
> Los Angeles, CA 90024
> samphone2025@proton.me
> *Pro Se Plaintiff*

By:    */s/ Sharon Kerk Reyes*
Sharon Kerk Reyes (VSB No. 87701)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
T:  (757) 624-3000
F:  (888) 360-9092
skreyes@kaufcan.com

*Counsel for Defendant*

2