**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Newport News Division**

KITRON A. WEDDING, pro se,

    Plaintiff,

v.                       Civil Action No. 4:25-cv-143-RBS-LRL

HUNTINGTON INGALLS INCORPORATED,

    Defendant.

_____

**PROPOSED ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to File Opposition Out of Time, and the Court having considered the motion and applicable law, and finding good cause thereunder:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is GRANTED. Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings, filed concurrently herewith, is deemed timely filed.

SO ORDERED this ___ day of _____, 2026.

_____

Hon. Rebecca Beach Smith

United States District Judge