# EXHIBIT A

| | |
|---|---|
| **From:** | Reyes, Sharon K. |
| **Sent:** | Friday, April 17, 2026 4:18 PM |
| **To:** | samphone2025@proton.me |
| **Subject:** | Wedding v. HII [IMAN-IMANACTIVE.FID1626567] |
| **Attachments:** | 2026.04.17- ECF#10 - Motion for Judgment on Pleadings(31895332.1).pdf; 2026.04.17-ECF#11 - Memorandum ISO Judgment on Pleadings(31895334.1).pdf |

Mr. Wedding,

Please see the attached filings. Copies have been placed in the mail to you as well.

Thank you,

Sharon Reyes



Sharon K. Reyes
**Kaufman & Canoles, P.C.**
sharon.reyes@kaufcan.com
T. (757) 624.3104
F. (888) 360.9092
150 W. Main Street, Suite 2100
Norfolk, VA 23510
www.**kaufCAN**.com
LinkedIn

KAUFMAN & CANOLES
we can. and we will.

1