# EXHIBIT B

| | |
|---|---|
| **From:** | samphone2025@proton.me |
| **Sent:** | Friday, June 5, 2026 3:36 PM |
| **To:** | Reyes, Sharon K. |
| **Subject:** | Wedding v. Huntington Ingalls Inc., Case No. 4:25-cv-143 143 courtesy copies of Plaintiff's filings served this date |
| **Attachments:** | PLAINTIFFS MEMO OPP DEF JUDGMENT.pdf; PLAINTIFFS MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME.pdf; PROPOSED ORDER FILE OUT OF TIME.pdf; PROPOSED ORDER DENYING DEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS.pdf |

Ms. Reyes,

Please see the attached filings. Copies have been placed in the mail to you as well.

Thank you,

Kitron Wedding

1