# EXHIBIT C

| | |
|---|---|
| **From:** | Reyes, Sharon K. |
| **Sent:** | Monday, May 18, 2026 3:16 PM |
| **To:** | samphone2025@proton.me |
| **Subject:** | Wedding v. HII [IMAN-IMANACTIVE.FID1626567] |
| **Attachments:** | 2026.05.18- ECF_13 - Rule 7(E) Notice(32001197.1).pdf |

Mr. Wedding,

Please see the attached filing. A copy has been placed in the mail to you as well.

Thank you,

Sharon Reyes

Sharon K. Reyes
**Kaufman & Canoles, P.C.**
sharon.reyes@kaufcan.com
T. (757) 624.3104
F. (888) 360.9092
150 W. Main Street, Suite 2100
Norfolk, VA 23510
www.**kauf**CAN.com
**LinkedIn**



KAUFMAN & CANOLES
we can, and we will.

1