**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Newport News Division**

KITRON A. WEDDING, pro se,

Plaintiff,

v. Civil Action No. 4:25-cv-143-RBS-LRL

HUNTINGTON INGALLS INCORPORATED,

Defendant.

______________________________________________

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Amended Complaint, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file his Amended Complaint on or before _______________, 2026.

IT IS SO ORDERED.

________________________

United States District Judge

Date: ____________________