# EXHIBIT 1

**Reyes, Sharon K.**

**From:** Reyes, Sharon K. <skreyes@kaufcan.com> on behalf of skreyes@kaufcan.com
**Sent:** Tuesday, August 18, 2026 12:09 PM
**To:** 'samphone2025@proton.me'
**Subject:** RE: REQUEST FOR CONSENT Extension of Time Wedding v. Huntington Ingalls Inc., 4:25-cv-143-RBS-LRL [IMAN-IMANACTIVE.FID1626567]

Mr. Wedding,

Defendant does not consent to an extension.

Thank you.

Sharon K. Reyes
**Kaufman & Canoles, P.C.**
sharon.reyes@kaufcan.com
T. (757) 624.3104
F. (888) 360.9092
150 W. Main Street, Suite 2100
Norfolk, VA 23510
www.kaufCAN.com
LinkedIn

K&C
KAUFMAN & CANOLES
we can. and we will.

**From:** samphone2025@proton.me <samphone2025@proton.me>
**Sent:** Tuesday, August 18, 2026 2:40 AM
**To:** Reyes, Sharon K. <skreyes@kaufcan.com>
**Subject:** REQUEST FOR CONSENT Extension of Time Wedding v. Huntington Ingalls Inc., 4:25-cv-143-RBS-LRL

Counsel,

I am writing to request Defendant's consent to a 60-day extension of the deadline for Plaintiff to file his Amended Complaint, currently due August 24, 2026.

I was unexpectedly remanded into custody on July 30, 2026, and remained in custody until August 12, 2026, which substantially disrupted my ability to work on this case. Since my release, I have been working diligently to prepare the Amended Complaint.

I intend to file a Motion for Extension of Time today regardless of whether Defendant consents. If you consent, please reply to confirm, and I will note your consent in my filing.

Thank you.

Kitron A. Wedding

Sent with Proton Mail secure email.