# EXHIBIT 2

# Public Access Online Services

Public Access Online Services allows you to perform Criminal Name Searches, Civil Name Searches, and purchase Document Images online.

## Search for Case by Defendant Name Results

Criminal Name Search For First Name "KITRON" (exact), Last Name "WEDDING" (exact)

Search performed on: 8/18/2026 6:26 AM

1 results found.

| Case Number | Filing Date | Name | Defendant ID | Name Type | Location |
|---|---|---|---|---|---|
| 26ARCF00980-01 | 5/18/2026 | WEDDING, KITRON ALEXANDER | 01 | True Name | Airport Courthouse |

Copyright © 2025 Superior Court of California County of Los Angeles

**Case Information for 26ARCF00980-01**

Print | New Search

**Case Number**
26ARCF00980-01

**Defendant ID**
01

**Filing Date**
5/18/2026

**Arrest Date**
3/17/2026

**Filing Courthouse**
Airport Courthouse

**Case Type**
Felony

**Case Title**
The People of the State of California vs. Wedding, Kitron Alexander

**Charges**

**Parties**

**Proceedings**

**Bail**

**Sentencing**

**Events**

**Register of Actions**

**The Charges tab does not display non guilty pleas. Please check the Events tab for non guilty pleas.**

3 record(s). Type a keyword to filter.

| Count | Charge Statute | Plea | Last Disposition | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 001 | PC626.10(a)(1)-F Possess Weapon | | | **Offense Date**: 3/17/2026 |
| 002 | PC25850(a)-F Carrying Loaded Firearm in Public Under Specific Circumstances | | | **Offense Date**: 3/17/2026 |
| 003 | PC626.10(a)(1)-F Possess Weapon | | | **Offense Date**: 3/17/2026 |

6 record(s). Type a keyword to filter.

| **Name** | **Party Type** |
|---|---|
| The People of the State of California | Plaintiff |
| Kristin Strange | • Attorney for The People of the State of California<br>• Deputy District Attorney |
| Deputy District Attorney | • Attorney for The People of the State of California<br>• Deputy District Attorney |
| Radhika Patel Jonas | • Attorney for The People of the State of California<br>• Deputy District Attorney |
| Kitron Alexander Wedding | Defendant |
| Shahrooz Tabibnia | • Attorney for Kitron Alexander Wedding<br>• Private Counsel |

**Future Proceedings**

**There are no future events for this case**

**Past Proceedings**

| Date | Time | Type | Result | Location | Department |
|---|---|---|---|---|---|
| 08/06/2026 | 08:30AM | Preliminary Hearing Setting | | Airport | Dept. - 71 |
| 07/30/2026 | 08:30AM | Bench Warrant Hearing | Held - Proceedings | Airport | Dept. - 71 |
| 07/13/2026 | 08:30AM | Judicial Action | Not Held - Other Proceedings | Airport | Dept. - 71 |
| 07/07/2026 | 08:30AM | Nunc Pro Tunc Order Hearing | Not Held - Other Proceedings | Airport | Dept. - 71 |
| 06/16/2026 | 08:30AM | Bail Review Hearing | Held - Proceedings | Airport | Dept. - 71 |
| 06/12/2026 | 08:30AM | Bail Review Hearing | Held - Continued by Court | Airport | Dept. - 71 |
| 06/04/2026 | 08:30AM | Preliminary Hearing Setting | Held - Continued by Court | Airport | Dept. - 71 |
| 05/18/2026 | 08:30AM | Arraignment and Plea | Held - Proceedings | Airport | Dept. - 30 |

**Custody Status**

| Date | Type | Group Type |
|---|---|---|
| 7/30/2026 | Remanded to Custody | By Case |
| 7/13/2026 | Warrant Bail Set | By Warrant |
| 6/12/2026 | Remains on Own Recognizance | By Case |

| | | |
|---|---|---|
| 6/4/2026 | Remains on Own Recognizance | By Case |
| 5/18/2026 | Released on Own Recognizance | By Case |
| 5/18/2026 | Remains on Own Recognizance | By Case |

**Bonds Information**

**No Bonds Information.**

**Sentencing**

**No Sentencing Information.**

**The Events tab only displays search warrants and non guilty pleas. (See the Charges tab for guilty pleas)**

1 record(s). Type a keyword to filter.

| Date | Event Type | Additional Information |
|---|---|---|
| 5/18/2026 | Plea of Not Guilty to Complaint | • Charge 001: PC626.10(a)(1)-F Possess Weapon<br>• Charge 002: PC25850(a)-F Carrying Loaded Firearm in Public Under Specific Circumstances<br>• Charge 003: PC626.10(a)(1)-F Possess Weapon |

**The Register of Actions tab only contains past proceedings, non guilty pleas, and search warrants.**

9 record(s). Type a keyword to filter.

| Date | Description | Additional Information |
|---|---|---|

| | | |
|---|---|---|
| 8/6/2026 | Preliminary Hearing Setting | (Airport Dept. - 71) 00 of 10 court days {Matrix - 81} |
| 7/30/2026 | Bench Warrant Hearing - Held - Proceedings | (Airport Dept. - 71) PHS |
| 7/13/2026 | Judicial Action - Not Held - Other Proceedings | (Airport Dept. - 71) Ascond Notice from Electronic Monitoring Program |
| 7/7/2026 | Nunc Pro Tunc Order Hearing - Not Held - Other Proceedings | (Airport Dept. - 71) |
| 6/16/2026 | Bail Review Hearing - Held - Proceedings | (Airport Dept. - 71) |
| 6/12/2026 | Bail Review Hearing - Held - Continued by Court | (Airport Dept. - 71) and |