1001 GAYLEY AVE
UNIT 24724
LOS ANGELES, CA
90024

LOS ANGELES CA 900
20 AUG 2026 PM 8 L




Clerk of Court
United States District Court
Eastern District of Virginia - NewPort News Division
2400 West Avenue
Newport News, VA 23607

U.S. MARSHALS
INSPECTED

23607-432800